MOTION SEEKING EMERGENCY RELIEF

1. HIGH DESERT STATE PRISON
2. INDIAN SPRINGS, NV. 89070
3. JOSEPH MIZZONI #68549

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
FEB 2 2 2016
no copc provid
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| 8. JOSEPH MIZZONI | CASE # 3:15-00313-MMD-VPC |
| 9. Plaintiff | AND # 3:15-CV-0049 |
| 10. | MOTION SEEKING PERMISSION TO |
| 11. VS. | RECEIVE EMERGENY INJUNCTION |
| 12. | RELIEF |
| 13. STATE OF NEVADA ex rel | |
| 14. C/O ALLISON, et al., | |
| 15. Defendants | |

17. COMES NOW, Plaintiff Joseph Mizzoni #68549 PRO-SE
18. for the above case # 3:15-CV-00313-MMD-VPC and I
19. Respectfully am seeking Emergency Injunction Relief on his
20. § 1983 CIVIL RIGHTS COMPLAINT PURSUANT TO 42 USC § 1983.
21. also Case 3:15-CV-0049.

-1-

## I.

## STATEMENT OF FACTS IN SUPPORT I

1. (1.) I am the Plaintiff Joseph Mizzoni in Pro-se
2. and am requesting to respond on a "MOTION SEEKING PERMISSION."
3. See; Haines v. Kerner, 404 U.S. 519, 520 (1972) (Allegation of a Pro-se
4. Complaint are held to less stringent standards than formal pleadings
5. drafted by lawyers.
6.
7. (FACT 1) Plaintiff filed a §1983 Civil Complaint with this Honorable Court
8. on the 8th day of June, 2015
9.
10. (FACT 2) Plaintiff received a "LIMITED NOTICE OF APPEARANCE" by
11. the Defendants attorney for only (3) Defendants Christopher Smith,
12. Robert Ardiger, and a Sergent (NDOC) Ms Robertson on the 19th day of
13. January, 2016
14.
15. (FACT 3) Plaintiff filed 2 more motions, one " MOTION TO RESPOND
16. TO DOC #7 DEFENDANTS LIMITED NOTICE OF APPEARANCE" on the
17. 19th day of January, 2016 and the other was " MOTION SEEKING
18. PERMISSION TO KNOW DUE PROCESS OF FRCP AND LAWS TO THAT
19. CASE NUMBER # 3:15-CV-00313-MMD-VPC; AND REQUEST TO ADD
20. ONE DEFENDANT ASSISTANT DIRECTOR E.K. MCDANIEL on the
21. 24th day of January, 2016.
22.
23. (FACT 4) Plaintiff has no Idea about Doc #6 nor does he know how
24. long these "Key" Defendants are going to offer anything, and because
25. all Defendants mostly Defendant C. Smith lieing on a (NDOC) Displenary
26. report and Defendant Ms Roberson and the rest including C. Smith using
27. false pictures at the IG's Office to convict the Plaintiff of
28.

-2-

(continued)
1. Assault, Battery, and Cussing criminal and Nevada Dept of Corrections
2. Disciplenary AR 707 (NDOC), and in turn found guilty of the
3. (NDOC) Disciplenary on the 1, day of May, 2015 and on that guilt
4. it specified Mr C. Smiths report stating Plaintiff hit him
5. on the right temple and Ms Roberson being the handheld
6. vidio opparater and still pictures of C. Smiths face and a false
7. hand picture to say to the IGS Office along with
8. (NDOC) other defendants conspiring to this false evidence, perjury,
9. Obstruction of Justice, false arrest, millishes procution of
10. Assalt and Battery on a Police Office that, all of Plaintiffs
11. Disciplenary Charges would and should respectfully all be dismissed
12. pending further investigation and putting plaintiff on Administrative
13. Segration and placed back to (NNCC) Prison with his same amenities
14. priviliges, and liberties to the sanctions by the Defendants Imeatearly.
15. Plantiff is at High Desert State Prison receiving eye cataracts surgery
16. and care to his eyes and will be done in (2) weeks, and
17. he was housed at a maxium security State prison for this conspring
18. Illegall prosecution and Disciplenary. Plantiff was sanction (2) years in
19. Disciplenary Segration, Stat time Referal, Resitution, loss of Store, loss of Visits,
20. loss of appliances or to beable to purchace them, and other related priviliges,
21. amunities and liberties. Plaintiff filed a seperate §1983 case in this
22. US/DIST/COURT/NEV/Reno, Case Number # 3:15-CV-00499 unassigned to a
23. Judge yet, and it was filed on the 10th, day of September, 2015. This is Retalitory.
24. See; Dewalt v. Carter, 224 F.3d 607, 617-8 (7th Cir. 2000)(Inmate "May chalange"
25. a prison disciplenary under §1983 pravided the punishment he received died
26. not effect the length of his Concenation)
27. See; BLACK v. Lane, 22 F.3d 1395 (7th Cir 1994) Also; See; CAHN vs. LANE, 857
28. F.2d 1139 (7th Cir 1988)       -3-  [MY DAD IS VISITING ME MARCH 2016
                                     HE SHOULD NOT HAVE TO FROM NY BEHIND GLASS
                                     I Am Inicent.]

(Continued)

1. See; Del Raine v. Williford, 32 F.3d 1024, 1038 (7th Cir. 1994)
2. "(A failure of prison officials to act in such circumstances suggests
3. that the officials actually wanted the prisoner to suffer harm.)"
4. See; Buckner v. Hollins, 983 F.2d 119, 123 (8th Cir. 1983) (Veltrop's failure to
5. intervene in order to stop Buckner's beating... would provide a ample
6. basis for a jury to conclude that Veltrop... violated Buckner's Eighth
7. Amendment rights.)
8. See; Woods v. Smith, 60 F.3d 1161 (5th Cir. 1995) at 1165.
9. See; Smith v. Rowe, 761 F.2d 360 (7th Cir. 1985) Female inmate
10. was awarded $80,720 for being unjustly placed into segregation
11. (22) months).
12.      On all circumstances of these case law plaintiff is entitled
13. to be released from Disciplinary Segregation because by the Defendants
14. Christopher Smith wanting to out of Court settlement and was the Officers
15. Report on D/S should be enough new evidence to honor this relief.
16. And also Ms. Robertson Sergeant (NDOC) part on the false pictures admitted
17. to plaintiffs evidence and her subordinates honoring such evidence and
18. allowing it to prosecute Plaintiff under false pretenses should give plaintiff
19. relief of his disciplinary. See; US/DIST/COURT/NEV/RENO Case # 3:15-CV-
20. 00313-MMD-VPC "LIMITED NOTICE OF APPEARANCE" dated the 15th day of
21. January, 2016 Doc.# 7. The Disciplinary is not part of a settlement. I done nothing wrong.
22.
23. ## II.
## CONCLUSION

24.      WHEREFORE, Plaintiff ask for this Emergency Injunction Relief to
25. be released off of the 5-1-15 Disciplinary by (NDOC) which lead to
26. the excessive force in this case as well and other Constitutional 8th and 14th Violations USCA.
27. Can Plaintiff get a ORDER per Judge for these Cases immediately. Thank You
28. RESPECTFULLY SUBMITTED              -4-              BY: Joseph M...
this 15th day of February, 2016                          JOSEPH MAZZONE #68549

## III.

## AFFIDAVITS OF JOSEPH MIZZONI #68549 IN-PRO-SE

1. STATE OF NEVADA )
2. : SS
3. CLARK COUNTY )
4.
5. (1) Plaintiff sworn in support of the Motion duly and sworn says;
6.
7. (2) Plaintiff in Pro-se Joseph Mizzoni #68549 in support of this
8. Affidavit here for a "MOTION SEEKING PERMISSION TO RECEIVE EMERGENCY
9. INJUNCTION RELEIF" IN THE U.S. DIST. COURT OF NEV. FOR
10. THE ▓▓▓▓ DISTRICT OF NEVADA. and does do so for his
11. §1983 Civil Rights Complaint Case # 3:15-00313-MMD-VPC and
12. Case# 3:15-CV-0049 in a truefull manner under sworn affidavit combined.

RESPECTFULLY SUBMITTED
this 15th day of February, 2015

BY: Joseph M[signature]
JOSEPH MIZZONI
#68549

-5-

IV

<u>CERTIFICATE OF SERVICE BY MAIL</u>

1. I Joseph Mizzoni #68549, hereby certify pursuant to 28 USC §1746
2. that on this 15th day of February, 2016 I mailed a true correct copy of the
3. foregoing "<u>MOTION SEEKING PERMISSION TO RECEIVE EMERGENCY</u>
4. <u>INJUNCTION RELIEF</u>" for Case # <u>3:15-00313-MMD-VPC</u> and CASE # 3:15-
5. CV-0049" by giving same to prison guard officials at the
6. High Desert State Prison to deposit in the U.S. Mail Brass Slips #1703479 #1703478
7. sealed and postage prepaid, and addressed to:

(1.) CLERK, US DIST. COURT
    DISTRICT OF NEVADA
    400 S. Virginia St., Room # 301
    Reno, NV. 89501

(2.) OFFICE OF ATTORNEY GEN. NEV.
    MR. Randall Gilmer
    100 Carson Street
    Carson City, NV. 89701-4717

(3) Plaintiff Address
    Joseph Mizzoni #68549
    H.D.S.P.
    PO Box 650
    Indian Springs, NV. 89070

RESPECTFULLY SUBMITTED
this 15th day of February 2016.

BY: /s/ Joseph Mizzoni
    Joseph Mizzoni
    #68549

-6-