Joseph L. Mizzoni
Name

#68549
Prison Number

ELY STATE PRISON, PO BOX 1989, ELY, NV. 89301
Place of Confinement

FILED ENTERED ✓ RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
OCT 01 2015
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JOSEPH L. MIZZONI
Plaintiff,

vs.

**CASE NO.** 3:15-cv-00499
(To be supplied by the Clerk)

STATE OF NEVADA, EX. REL. NEVADA DEPARTMENT OF CORRECTIONS. ET. AL. 1) NDOC C. SMITH, 2) NDOC LT. BRANNON, 3) WARDEN MS LISA WALSH, 4) WARDEN MR BACA; 5) ASSISTANT NDOC DIRECTOR E.K. MCDANIEL; 6) DIRECTOR NDOC MR COX,

Defendant(s).

**CIVIL RIGHTS COMPLAINT PURSUANT TO PURSUANT TO 42 U.S.C. § 1983**

JURY TRIAL DEMANDED

## A. JURISDICTION

1) This complaint alleges that the civil rights of

Plaintiff, JOSEPH L. MIZZONI
(print Plaintiffs name)

who presently resides as ELY STATE PRISON, PO BOX 1989, ELY, NEVADA. 89301, were
(mailing address or place of confinement)
violated by the actions of the below named individuals which were directed against

Plaintiff at NNCC PRISON, PO BOX 7000, CARSON CITY, NV. 89701-7000 on the following dates
(institution/city where violation occurred)

8th Amendment 3-28-15 TO ON GOING (Count 1), 1st Amendment 3-28-15 TO ON GOING (Count 2), and 5th Amendment 14th Amendment 3-28-15 TO ON GOING (Count 3)

(15)

**Make a copy of this page to provide the below information if you are naming more then five (5) defendants**

1) Defendant MR C. SMITH (full name of second defendant) resides at NNCC PRISON, PO BOX 7000, CARSON City, NV 89701-7000 (address of second defendant)

and is employed as Correctional Officer for (NDOC) (defendant's position and title, if any), This defendant is sued in (his)/her ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: He worked as a Correctional Officer at NNCC PRISON in Unit 5 And had full control of the Units on 3-28-15 IN UNIT ROTUNDA. / OFFICERS REPORT Complaint.

2) Defendant MR BRANNON (MAY Be misspelled) (LT NDOC) (full name of third defendant) resides at NNCC PRISON, PO BOX 7000, CARSON City, NV 89701-7000 (address of third defendant)

and is employed as LT (NDOC) HEARING OFFICER (defendant's position and title, if any), This defendant is sued in (his)/her ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: Was the DISCIPLINARY HEARING OFFICER LT FOR MY 5-1-15 HEARING AND HANDED DOWN UNLAWFUL PUNISHMENT TO PLAINTIFF For 3-28-15 INSIDENT OF OFFICER C. Smith Report.

3) Defendant MS LISA WALSH (full name of fourth defendant) resides at NNCC PRISON, PO BOX 7000, CARSON City, NV 89701-7000 (address of fourth defendant)

and is employed as WARDEN (NDOC) AND GRIEVANCE COORDINATOR (defendant's position and title, if any) This defendant is sued in his/(her) ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: WAS the WARDEN AT NNCC PRISON AND GRIEVANCE COORDINATOR AND SIGNED 2ND Level GRIEVANCE TO PLAINTIFFS DISCIPLINARY APPEAL for 5-1-15 on 3-28-15 INSIDENT Report C. Smith AND LT. Brannon. Punishment.

4) Defendant MR BACA (full name of fifth defendant) resides at NNCC PRISON, PO BOX 7000, CARSON City, NV 89701-7000 (address of fifth defendant)

and is employed as WARDEN (NDOC) (defendant's position and title, if any), This defendant is sued in (his)/her

under Color of law: WAS the WARDEN AT NNCC PRISON AND IS OFFICERS C. SMITH AND LT Brannon Supervisor for the 5-1-15 Disciplinary Hearing and 3-28-15 C Smith Report Insident. AT NNCC PRISON.

5) DEFENDANT: MR E.K. MCDANIEL Resides at: NNCC PRISON, PO BOX 7000, CARSON CITY, NV. 89702-7000 and is employed as: ASSISTANT NDOC DIRECTOR PRISON This Defendant is sued in (his)/her

✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting under color of law: Active Assistant Director of Nevada Department of Corrections and was responsible for Defendants C. Smith, LT. Brannon, warden Walsh, warden Baca in 5-1-15 Disciplinary Hearing and Responsible for C. Smith 3-28-15 Report for Discipline And Punishment there of.

6) Defendant MR COX (full name of sixth defendant) resides at NNCC PRISON, PO BOX 7000, Carson City, NV. 89701-7000 (address of sixth defendant)

and is employed as Director of Prisons for Nevada Dept. of Corr. (defendant's position and title, if any), This defendant is sued in (his)/her

✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: Active Director of Nevada Dept. of Corrections and was responsible for All Defendants in case for the 5-1-15 Disciplinary Hearing procedures and Punishments there of.

7) Jurisdiction is invoked pursuant to 42 U.S.C. § 1343 (a) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

1) under 11th Amendment All purposely violated Plaintiff 8th and 14th Amendments Right And there for should not be aloud to invoke the 11th Amendment Immunity.
2) 42 USC § 1976 Civil Rights Attorney Fees of 42 U.S.C. § 1988 and Plaintiff Cost
3) § 242 USC Counter part to a § 1983 Civil Rights Complaint (Criminal Counter part)

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

On 5-1-15 Plaintiff had a Nevada Dept. Corrections Disciplinary Hearing with myself Joseph Mizzoni #68546, NDOC LT. MR Brannon HEARING OFFICER, AND Christopher Degelle #1010262 the only witness allowed by my request (I Requested All-Denied) were all present at this disciplinary hearing. During this Hearing LT Brannon (recorded all proceedings), Asked Plaintiff his response Plaintiff plead not guilty and LT Brannon read plaintiff his miranda rights to a possible criminal sanction. Plaintiff statement was "he didn't hit C. Smith on 3-28-15" and Plaintiff requested all witnesses and video to the 3-28-15 incident. LT Brannon denied all witnesses except Chris Degelle #1010262 my cellie in cell 5-B-29 At the time of incident. Mr Brannon would not Allow any video requested, said there is no video-its official use only. (There a video Camera in Unit 5 A-B and C wings. Also At the front door entrance and back yard entrance, and there was hand held video by C/O Sergeant Robertson as a Search and Escort officer and on seen 3-28-15 During a part of Incident)

B. NATURE OF THE CASE (CONTENUED)

Witness information send by C. SMITH (NDOC) Officers report said there were inmates around us and the Rotunda was full of Inmates which I have a Due process right under "Wolff" to be allowed all witness and video evidence to cross examen and marshell the facts of my accusers. (I was Denied) He only allowed my cell. Chris Deyerle #1010262 and Mr Deyerle #1010262 told what he saw to his ability from the area of the rotunda which is on 1 of 4 on the Disciplinary Form III under Witness Information: (I/M Mizzoni requested I/M Deyerle #1010262 and I/M testamony was accepted as relevent and is as follows: Four cops came in our house 5-B "cell" 29 and tore it apart. I know Joe was going to tell the cop that the house needs to be put together. When I came out Joe was on the wall. C/o Smith went to grab his arm and Joe said what are you doing. C/o Smith took him to the ground and said stop resisting. He then yelled for everyone to lock down. At this time other Officers arrived and yelled lock down and I locked down.) Mr Deyerle #1010262 testomoney was ACCEPTED/RELEVENT. Not one time does Inmate Deyerle state that Inmate Mizzoni struck or assulted or battered including cussing at C. Smith C/o (NDOC). And Mr Deyerle stated on tape also that there were all kinds of other witnesses in Rotunda stating they saw the same thing and stated Scotty Cox a Inmate but none were allowed to testify as witness in behalf of the plaintiff or Defendant C. Smith in order to crossexame and or any of the several C/o's came including C. Smith to this Hearing to refut or crossexame any witnesses including MR Deyerle #1010262 in which is a clear violation of plaintiff's constitutional right to the USCA. to be allowed witnesses as long as they are relevent and not a threat to institution and as the court can see MR Deyerle #1010262 was allowed and relevent and was no threat to institution and neither was any of the other witnesses. Plaintiff wanted the video for evidence to determine (WHO) exactly was in the rotunda at the time of 8 to 9 AM on 3-28-15 to determine who to call for his Hearing and LT Brannon denied plaintiff all video and I was not allowed to see it. AR 707 PAGE 5 of 38 1.9 A qualified opportunity to call witnesses with substantive knowledge of issues and present documentary evidence.

B. NATURE OF THE CASE (CONTINUED)

provided that to do so will not jeopardize institutional security or correctional goals. Mr Deyerle was a Inmate witness he was working yard later and MR Brannon LT Called him on the Intercom and could of did so for all other witnesses including C. Smith officers reporter. I should of been allowed "ALL WITNESSES" because officers report says Inmates in Rotunda ect.., These were eye witnesses not here say. Plantiff refers to Wolff v. McDonnell only to show violation. I prior to this disciplinary hearing wrote Ms Lisa Walsh Warden NNCC PRISON on a (NDOC) kite on the date of 4-5-15 to ask her for all Inmates and video evidence here at Disciplinary Hearing and way before it, her response was "Ad here to the process!" she didn't Also asked any and all pictures was denied all. Theres cameras every where on this yard but the night of insident? come on. they denied all. MR Brannon even asked plantiff "what would this vadio do." I told him as said above and was still denied all and said its our policy not to show you video. I was charged For the following violations: MJ3 BATTERY; MJ2 ASSAULT; ABUSIVE LANGUAGE with only evidence STAFF REPORT. C/O LT. MR BRANNON States after all said above he finds Plantiff Guilty of Battery and drops the Assualt and verbal cussing and does so only by C. Smith Staff Report. This is not enough to convict on this disciplinary and this Staff Report is a False Report against plantiff. Plantiff had witnesses and video to prove this and C. Smith nor any one else rebut my witnesses statement or have any witnesses himself to cross examine or back up his version of events, nor is it on the disciplinary reports or summary judgement or any CJ. THEN C/O Hearing Officer Brannon states hes convicting plantiff from prior ■■■ insidents as late as (8 yeaRS) ago and plantiff is on new sentence- (1) insident was dismissed and the rest are in federal court from C/Os At Ely prison assulting plantiff every time while he was hand cuffed and leg shackled and they did what they call "REVERSE" the charges to cover up those abuses. This Disciplinary C/O Brannon states all this on tape recording and its all punishment for prior acts which he is punishing plantiff twice for those insidents ■■ wich he already served D/S time for and he admits it on tape and hes not punishing plantiff for this insident because (They Beat a mental Health Poss. up -112) (3-B)

B. NATURE OF THE CASE (Contined)

heard this administration knows plantiff did not hit C. Smith and they are retaliating for greivance complaints and prior law suits on there Director E.K. McDaniel and they say he is the caller on this punishment. The disciplenary officer cannot convict plantiff twice for the same crimes under the 5th and 14th Amendments and 8th Amendment as well for double Jeopardy clause. And its ironic C/O Brannon dismisses the Assault MJ2 and the Abusive language 69 and sticks me with the Battery MJ3, how can you have a battery without a assault or a insident to cause it like cussing as C/O C. Smiths reports says that all that drugged this insident and there for I shouldnt be guilty of a battery. He C/O Brannon Gave me (2) years in a harsh and atypical hardship to Disciplenary Segregation without due processes of law and double jepardy to that accused crime plantiff proved by a poponderance of evidence and witness and the ones he was denied that he is not guilty of these crimes, and he finds me guilty by 8 years ago insidents not the insident of 3-28-15 its on tape (a which I will and did request All tapes and video for court on my disciplenary appeal for court evidence). Punishments on Summary Judgement states: 24 Months D/S from 5-1-15 TO 5-1-17, Restution unknown books frozen untill amount determined and posted; STAT REF DAYS ?; and Catagory A, criminal case possible. That was sanction on 5-1-15 plantiff was never Sanction for Stat time Credits or Restution or Criminal procution as recomended by C/O Brannon and now its 9-9-15 over (4 months) time laps in which is past all due process on any such punishment. And for further punishment which is a Seperate §1983 Civil Rights Case. Plantiffs version is after C. Smith C/O tore plantiffs cell up in dissray plantiff only told C. Smith C/O that he quit his porter job and C. Smith C/O comes out the Unit bubble WHAT THE FUCK DID YOU SAY"? tells me to get against the wall I comply, he orders the whole units to lock down and I had my Head turned towards the right of me and C. Smith with out warning grabs my left rist as hard as he could and I reacted and swung around not knowing



B. NATURE OF THE CASE (Contenued)

it was this C/o, becavse thee was still inmates around and I turned with my body towards the left caught myself seen it was C. Smith and I turned back towards the wall and I put my hands back up on window wall. (I am also blind out left eye with catracts so that played a factor on who grabed me) C. Smith then grabed my same rist and took me down to the ground, I landed side by side to him I was on his Right side he was on my left side, I then went to my stomic crawled 1foot and stated cuff me up then He jumped on me and cuffed me up and sat on me flat on my stomic, his other C/o's came in Unit 5, 3 or 4 on top of my legs and torso, and a Unknown C/o possible John? put me in a choke hold then grabed my head/neck area and said did you Hit my C/o - you hit my C/o and slamed my head on the left side repeatedly to concreat floor and then grabed my left side guts and dug his fingers into them and pulled, then push my left head down on the ground and pushed and grinded my head/face on concreate floor. while eather he or another C/o pushed my left knee down on the floor and pushed and grinded my knee in all to knock me out once and cause me sever pain and suffering and bleeding to face and knee. I was filmed by C/o Sergent Robertson I saw her during this part. I was then lifted up to my feet draged to the Unit 5 entrance where there's a wrible top camera and the C/o's about (6) or so said with a conversation "Foward or Backwards"? And they all agreed Backwards. a C/o Senor I belive light tan Shirt put me in a choke hold and they all draged me accross the prison yard me hitting huge curbs with my heals and this distance was 1/4 mile to the RMF Infirmary and this same C/o bent my thumb backwards and my rist along with other's on the way and broke both my rists/hand areas because the hand cuffs were so tight inwhich to inflict pain and cut of circulation against AR 407. Upon gettin to Infirmary I was draged through two double doors to a exame Room.



D. NATURE OF CASE (Continued)

Still pictures were took by C/O Robertson ms and another C/O of my injuries to my knee and head and cuffs on my wrist. I was only checked with a cursory exam. I bandaid to knee, I bandaid to head/face area that's it. No nothing else x-rays etc. I passed out during the dragging me across the yard once. I was then only escorted by 3 C/Os to unit 7-A-16 without any incident which proves there was excessive force used proven. Plaintiff - scars, two broken wrist, concussion scar, knee scar, neck broken or pop out etc. Plaintiff wrote his Disciplinary Appeal all this was said and reported and Plaintiff filed his appeal on 5-1-15 the very day he was sanctioned for his false Disciplinary for 3-28-15. He waited per AR740 for 1 month and 2 days for a response (none) he then went ahead and filed his 2ND Level Grievance Appeal Form DOC 3094 on 6-17-15 and did a through explaining of all said above. The Grievance Coordinator D. Clark received my second level Grievance on 6-18-15. Then on 7-18-15 WARDEN Lisa WALSH signed the 2ND Level Grievance and Plaintiff received it on 7-27-15 over a month after writing that one, there was no response on Second Level just a memo for 1st level Response NO other documentation to go by so plaintiff assumed his appeal and what he said was honored and by law this would be the case no answer to a complaint or statement means they agree with plaintiff. Plaintiff then waited and around 7-1-15 he even filed another 1st level Appeal to make sure and on 7-27-15 he received this Second level on his 1st Appeal Attempt and as said that's Grievance# 2006-29-99675. Later (NDOC) At NNCC tried to hit plaintiff with his 1st Level Attempt Appeal and say I now had to include my Summary Judgment in which for the record I complied to it and told them this issue been to close allready. Plaintiff exausted all his remedies on timely bases and shouldn't wait for them to change there policies because of there response allready. Because of this False Report by C. Smith I received 2 years whole D/S

B. NATURE OF CASE (Contained)

time which include NO appliances for over 60 Days you can get one but if it has batteries you can't have it. No visits except once a month 2 hours behind glass while your legs and hands are shackled (Illegal in its self), No Store except a limited cheap soap, lotion packs, shampo packs, envelops, stamps, rubber pens, pencil. Thats it pretty much. Which all of these sanctions in its self are Illegal compared to ~~See~~ SANDIN vs CONNOR (only comparing) the whole D/S is not the same as GP at all. Also When I was last in D/S they didnt have this sanctions and nor have they changed the Administration Regulation Hand Books for AR 707 all though they (Avers) had Inmates sign a AR to 707 8 years ago it was not revised in to AR 707 rules and regulation so in turn plantiff assumed it was changed back to the original AR 707 rules as there stated. Plantiff got a check out of these above sanctions added to a D/S sentence and no where is any of these posted in AR 707 (NDOC) rules hand book and to further a due when plaintiff was sanctioned to the 5-1-15 Disciplenary Sanctions that day the C/O BRANNON Never once said to plantiff these are further sanctions on tape, paper, or in person to give plaintiff due process of law by telling him of such sanctions as further punishment to his sentance of D/S time nor did the C/Os or administration tell plaintiff of such up to date in 2015 that this AR 707 was revised and inforced. Also Plaintiff's Summary Judgment states 24 months D/S, STAT Forfeture possible, Criminal possible and restitution." NO where does it say additional due process for Store loss, Visits limited, Appliance restrictions or any other property. On plaintiff's Summary Judgment 5-1-15 handed down which is a violation of 8th Amend and 14th Amendment to due process of law, and plaintiff is even on a new sentence from 8 years ago. During my D/S time while at NNCC PRISON where I had the D/S sanctioned I was still allowed to order Store All Store including razors and nail clipers ~~[illegible]~~ from 5-1-15 to 7-10-15 over two months after my D/S sanctions were imposed and I recieved my appliances from 5-1-15 to 8-10-15 until I went to Ely Prison and once here plaintiff was denied his appliances a month now by Ely wardens as well.

(#. 2or 3 of my Property was held for 5 months)(3-F)(They did not Give a Due Process for my Mental Health Status

B. NATURE OF CASE (Continued.)

And because plaintiff was illegally - falsely accused and sanctioned by (NDOC) defendants he lost his GP yard privilges of (1) YARD 3 times A week; (2) Band Room Privilges; CHIOR PRATICE Privliges for church; (3) Culanary mods in culanary, (4) coffie shop privliges; (5) law library privilges; (6) contact visits for 8 hrs in visting room; (7) No Restraines on hands or feet; (8) Tear time in unit night/Day; (9) Showers every day; (10) Church; (11) Regular store; (12) All appliances; (12) moved from one institution of A medium yard to a super max yard locked down 24-7. (13) NO Packages Privilges (14) Denied medical treatment by my orthopedic surgen DR Long [illegible] his care for both my cost to see him or further treatment in carson city from Ely nev. (15) Hardship for my family and lawyer to come here at Ely Prison and not be able to consult me on a-nother case 3:11-cv-358 WGN for Cataracts eye case. and other GP related privliges amenities, and [illegible] liberties. Also I was put on (HRP) High Risk Prisoner from 3-28-15 to 7-10-15 for no reason, no due process hearing, no nothing the whole time and per (NDOC) AR your suposed to get a due process hearing when done to a higher level of custody. Also NNCC never gave me additional due process that I was to be moved to a max prison nor does those process say on paper, at my disciplinary hearing, or on tape in general, none was ever afforded to me none when they took me off (HRP) High risk prisoner was I given a hearing then which all violates the 14th Amendment. I won my appeal by (NDOC) NNCC Lisa Walsh, Baca, McDaniel, Cox or any one else denying it or saying why I lost it or any other due process I was allowed to confront there decissions of it on both levels and they signed it off to 2nd level Appeal form as enclosed in complaint. I should be compensated for punitive damages, compensatory damages, emotional damages, and have all my custody back at NNCC prison and exsponged of record. Plaintiff was singled out and treated different than other inmates because when C. Smith ordered to lock down and some didn't I was the only one to go to D/S and be punished. (Unknown) and past the time limit to do anything to such inmates has passed but by not obeying a direct order is a major offense AR 707 (NDOC) and no one was punished but me, against equal protection of laws to.

(3-6) (Plaintiff still D/S Illegally)

(24)

## C. CAUSE OF ACTION

## COUNT I

The following civil rights have been violated: 1st Amendment Congress shall make no law respecting an establishments of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or press, or right of people peaceably to assemble and to petition the Goverment for a redress of Grievances,

Supporting Fact: [ Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights ].

1) C. Smith Correctional officer on 3-28-15 violated my 1st Amend to USCA for freedom of speech. He did so by using excessive force on me, False Disciplinary, Attempt murder by lieing to his porters to make them react to my beatings. Sanctions of DS 24 months, Restitution, Stat time, and All Sanctions on (NATURE OF THE CASE B) PAGES 3 to 3G) all because Plaintiff said he quit his porter Job in Unit 5-Rotunda. And even if it were true on his (C. Smith) report "Mizzony said shove it up your ass) under AR 707 is only punishable by verbal repremand or (10) day work duty G9 Abusive language. He prohibited me from free speech and by doing so violated my 1st Amended rights. to use any force and more worse Sever Excessive Force punishment with out due process of law.

**COUNT II**

The following civil rights have been violated: Amendment 8 - Excessive Bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

Supporting Fact: [ Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights ].

All Defendants violated my 8th Amendments laws afforded to me by severely punishing me without due process of law. C. Smith C/O on 3-28-15 did so by (B. NATURE OF CASE PAGES 3 to 3-6) as said on this complaint and see (page 4) of this complaint to further acts..

NDOC LT Brannon, Warden Walsh, Warden Baca, Assistant Dir McDaniel, Director Cox all violated my 8th Amendment rights by (B Nature of Case Pages 3 to 3G) and by participating, conspiring and ordering these officers involved to do so and training all. Did so by being the Wardens, LT, and Directors At Nevada Dept. of Corrections (NNCC) Prison in Carson City Nev. on behalf of the (NDOC) AND All Its officers, Directors, Employees Former Employees, Agents, Predecessors, Boards, Panels, Divisions, Successors, Administrators, and assigns, Acting privately, Individually, or under Color of Authority at, or For the benefit of, (NNCC) or Its Operations, Including Its operations Arising From or Relating to the Provisions or Delivery of medical Care to Inmates At (NNCC) here in after, NNCC medical Care and protection to staff and Inmates, and

(On my Door AT ELY 4-B-14 Says A Red Tag Assault on Staff Is A Lie.)

(Lisa Walsh Signature Signature is on Grievance #2006-29-99675) 2ND Level with Coordinator Clark's signature)

Further Including any Person responsible for promolgating, Maintaing, Enforcing any Rules or Disciplinary's, Directives, regulations, (here after all such persons are collectively referred to as a Defendants and The State of Nevada for all prisoners at (NNCC). For All Sanction imposed and a Hardship and atypical change in my ordinary prison GP time to A max Prison as said (NO MENTAL HEALTH HEARING TO Plaintiff After they beat a mental (health person up.) They all violated 8th Amendment to USCA by cruel and unusial punishment and even double after plaintiff won his Appeal Grievance attached which was signed by Grevance Coordinator D. Clark on 6-18-15 and then by AWP Warden Lisa Walsh on 7-13-15 and then by Plaintiff on 7-27-15 in which the answering warden put nothing under upheld or denied and excepted plaintiffs version by not answering these areas of grievances and by law if nothing else is attached or in answer then the Defendants would be agreeing in full to Plaintiffs complaint/Appeal as the truth and stands in the (NDOC) 2ND Level Grievance level as said to attached Grievance # 2006-29-99675.

And instead of giving Plaintiff his releif they all gave plaintiff D/S 24 months, Restution, Shot Referal, Criminal Sanctions possible. (See; B. NATURE OF CASE Page 3 to 3G) to show court the privileges, amenities, and liberty interest loss because of this Failure to due process of law, and plaintiff still suffer this Hardship and Atypical Conditions compared to GP at NNCC minimum yard to a MAX yard lock down 24/7 at Ely Prison as said.

The defendants then tryed to give plaintiff the 1st Level Grievance back after this was above was ended on the appeal and wanted Plaintiff to resubmit again with now plaintiffs Summary Judgment from the Disciplinary. Plaintiff disagreed told on that grievance saying as above and sent the Summary Judgment and response back to Defendants he has yet to see there response. The Defendants had adequate time and then tryed to take two bites out of the apple of Appeal/legalities. 5-A (Plaintiff should get automatic Summary Judgment)



**COUNT III**

The following civil rights have been violated: Amendment 14 All person born or naturalized in the United States, and Subjected to the reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the US; nor shall any State deprive any person of life, liberty or property without Due Process of law nor deny to any person within its Jurisdiction the equal Protection of laws.

Supporting Fact: [ Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights ].

All Defendants violated my 14th Amendment Rights to Due process and equal protection of the laws and Double Jeopardy and Contrary to the 5th Amendment to not be punished twice for the same crime. Please see (B. Nature of case Page 3 to 36) which all violates plaintiff 14th and 5th Amendment Rights to the USCA from start to finish and to avoid time and unnecessary reading (B. Nature of case) says all, its all A Due Process Violation under such laws. For C. Smith - False write up and sanctions for 5-28-15 (Incident) and 5-1-15 (Occupancy) that followed. LT. Bramon - Disciplinary Hearing C/O 5-H5 and all sanctions imposed there of without witnesses and video evidence ect. in WARDEN WALSH AND BACA. Supervisors of all C/Os involved as said in (B. Nature of case Page 3 to 36) and also see (pages 5 to 5A) of this complaint for leaders of abuses and all sanctions on plaintiff ASSISTANT Director MCDANIEL AND Director Cox all the Head of NDOC on every position to supervise and order see; (B. Nature of Complaint/case) Pages 3 to 36) and see; (PAGE 5 to 5A) of this complaint to further show supervision of all sanctions imposed on plaintiff as said to save time for this court to read repeatedly. No Mental Health Hearing After they Beat Plaintiff or mental health person to move him to A MAX prison from Medium Mental Health years.

(28)

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal court involving the same or similar facts as involved in this action? ✓ Yes ___ No. If the answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below outline)

a) Defendants: The state of NV. in Rel. to (NDOC) McDaniel, Bryant, [illegible]
b) Name of court and docket number: # 3:11-CV-00186-LRH-WGC
c) Disposition (for example was the case dismissed, appealed or is it still pending?): It was dismissed by 9th Cir Court Appeals
d) Issues raised: 8th and 14th Amendment for not allowing a Hernia at All.

e) Approximate date it was filed: January 20, 2011
f) Approximate date of disposition: Jan - 2015

2) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? ✓ Yes ___ No. If your answer is "Yes", describe each lawsuit. (If you have had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline).

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: NDOC Blauw et al at Ely Prison
b) Name of court and case number: # 3:07-CV-00208
c) The case was dismissed because it was found to be (check one): ✓ frivolous: ___ malicious or ___ failed to state a claim upon which relief could be granted
d) Issued raised: 1st, 4th, 5th, 6th, 8th and 14th Amends to USCA

e) Approximate date it was filed: 9-1-06
f) Approximate date of disposition: 6-6-07

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: ___
b) Name of court and case number: ___



c) The case was dismissed because it was found to be (check one): _____frivolous: _____malicious or ____failed to state a claim upon which relief could be granted

d) Issued raised: ________________________________________________

e) Approximate date it was filed: ____________________________________

f) Approximate date of disposition: __________________________________

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: ___________________________________________________

b) Name of court and case number: ___________________________________

c) The case was dismissed because it was found to be (check one): _____frivolous: _____malicious or ____failed to state a claim upon which relief could be granted

d) Issued raised: ________________________________________________

e) Approximate date it was filed: ____________________________________

f) Approximate date of disposition: __________________________________

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _✓_Yes ___No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a (1) ___disciplinary hearing; (2) ___state or federal court decision; (3) ___state or federal law or regulation; (4) parole board decision; or (5)___ other ______________________

If your answer is "yes", provide the following information. Grievance Number #2006-29-99625

Date and institution where grievance was filed 1st Level Appeal 5-1-15 AND 2ND Level 6-17-15

Response to grievance: NO Response on the 1st level so plaintiff file 2nd and level Gave back No Response to that level eather

(30)

---

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

1) Compensory Relief of $500,000 thousand Dollars
2) Punitive of $500,000 thousand dollars
3) Emotional Duress of $ 500,000 thousand Dollars
4) Injunction Relief Expunge Disciplinary off record for good put back in 6P where I was Incorrectly ... Incorrectly
5) give my good time back? and restitution money back?

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

My self
(Name of person who prepared of helped prepare this complaint if not Plaintiff)

[signature]
(Signature of Plaintiff)

9-10-15
(Date)

---

(Additional space if needed; identify what is being continued)

6) If NNCC cannot provide plaintiff with his medium status Plaintiff ask to moved to a prison equal to, or out of State to accomidate his action in this law suit as truth.

(31)

**CERTIFICATE OF SERVICE BY MAIL**

Pursuant to N.R.C.P. Rule 5 (b), I hereby certify that I am the petitioner\Defendant named herein and that on this 9th day of September 2015, I mailed a true a correct copy of the foregoing document to the following:

1) To: Clerk of US Dist Court Nev. Dist of Nevada.
400 South Virginia St., Room 301
Reno, Nevada 89501

2) Office of Attorney General
100 N. Carson Street
Carson City, NV. 89701-4717

3) Plaintiff Address Joseph Mizzoni #68549
Ely State Prison
PO Box 1989
Ely, NV. 89301

[signature]

No Grievance Because 1st Level Appeal was never Returned.

2006-29-96675

32

LOG NUMBER: ______

**NEVADA DEPARTMENT OF CORRECTIONS**
**SECOND LEVEL GRIEVANCE**

NAME: JOSEPH L. MIZZONI I.D. NUMBER: 68549

INSTITUTION: NNCC PRISON UNIT: 7-B-62

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER ______, ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: [signature] DATE: 6-17-15

WHY DISAGREE: Because I Put in a Disciplinary Appeal in on 5-1-15 within the (15 DAY) Time limit of AR 707. This was for a insident I was illegally charged for Assault, Battery, Abusive Language, in which it has been well pass the Grievance time limit to answer the 1st level grievance and so in turn between that grievance and your Dept. not answering in a timely

GRIEVANCE COORDINATOR SIGNATURE: [signature] DATE: 6/18/15

SECOND LEVEL RESPONSE: ______

______ GRIEVANCE UPHELD ______ GRIEVANCE DENIED ______ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: ______ TITLE: ______ DATE: ______

GRIEVANCE COORDINATOR SIGNATURE: [signature] DATE: 7/18/15

INMATE SIGNATURE: [signature] DATE: 7-27-15

**THIS ENDS THE FORMAL GRIEVANCE PROCESS**

Original: To inmate when complete, or attached to formal grievance
Canary: To Grievance Coordinator
Pink: Inmate's receipt when formal grievance filed
Gold. Inmate's initial receipt

DOC 3094 (12/01)

(33)

**NEVADA DEPARTMENT OF CORRECTIONS**
**GRIEVANT'S STATEMENT CONTINUATION FORM**

NAME: Joseph Mizzoni I.D. NUMBER: 68549

INSTITUTION: NNCC Prison UNIT #: 7-B-62

GRIEVANCE #: 2006-29-99675 GRIEVANCE LEVEL: 2ND Level

GRIEVANT'S STATEMENT CONTINUATION: PG. 2 OF 2

Manner per AR 740. I would now ask that all my (NDOC) Disciplinary be dismissed in the entirety and Expunged of my Disciplinary record permanetly, and I be released out of Disciplinary Segragation, back to the NNCC prison yard in Level 2 where I was. I Stand by my 1st Level Grievance on this 2ND Level Greivance. If not this yard move me to one where I can be medically treated and do my time with out false Disciplinarys and harassment and unJust punishment related to the 8th Amendment to the USCA. Of Cruel and Unusal punishment and Move Due Process of Law and now add this under AR 740 and 14th Amendment to receave a answer in a timely manner to marchel the facts and respond to my appeal per AR 740. of Due process of Law

Original: Attached to Grievance
Pink: Inmate's Copy

# NEVADA DEPARTMENT OF CORRECTIONS
## MEMORANDUM

TO: Mizzoni, Joseph 68549

FROM: **Lisa Walsh, AWP/NNCC**

DATE: 7/8/2015

SUBJECT: Improper Grievance #: 20062999675

**The attached grievance is being returned to you for the following reason(s):**

- ☐ Non-Grievable issue:
  - ☐ State and Federal court decisions
  - ☐ State, Federal, and local laws and regulations
  - ☐ Parole Board Decisions
  - ☐ Lacks Standing
- ☐ Untimely submission
- ☐ No remedy noted
- ☐ Abuse of Inmate Grievance Procedure
  - ☐ Any language, writing or illustration deemed to be obscene, profane, or derogatory
  - ☐ A threat of serious bodily injury to a specific individual
  - ☐ Specific claims or incidents previously filed by the same inmate
  - ☐ More than four (4) unfounded, frivolous or vexatious grievances per month
  - ☐ Allegations proven to be false
- ☐ The grievance contains more than one incident, issue, etc.
- ☒ Other; Specify: 3098 – You must attach the Informal and First Level of this grievance.

You may resubmit your grievance after correcting the above deficiencies. Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

[signature] 7/8/15

Witness Signature Date:

Inmate Signature Date:

Cc: Original – Inmate

Copy – Grievance File

DOC-3098 (10/03)

**INMATE REQUEST FORM**

| 1) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Joseph Mizzoni | 68549 | 7-B-62 | 4-5-15 |

4) REQUEST FORM TO: (CHECK BOX)

___ MENTAL HEALTH ___ CANTEEN

___ CASEWORKER ___ MEDICAL ___ LAW LIBRARY ___ DENTAL

___ EDUCATION ___ VISITING ___ SHIFT COMMAND

___ LAUNDRY ___ PROPERTY ROOM ✓ OTHER WARDEN MS. WALSH

5) NAME OF INDIVIDUAL TO CONTACT MS WALSH (Please Retain all Video / Still pictures for my lawyer and Court)

6) REQUEST (PRINT BELOW) MAM, I am in 7-B-62 I went to a Hearing on 4-4-15 and Received my Notice of charges cat was Read everything in C/O Smith's Version Unit 5 on 3-28-15 he said he order All Inmates to lock it up and they did, then he said he ordered "several" Inmates to get back [illegible] because his retunda was full of other inmates. AT the hearing I requested those inmates in the retunda and around myself and C/O Smith Names or Affidavits [illegible] or any other Inmates version of events to be at my discipleny. Also please request all video / still pictures from inside Unit 5 to 7-A-38 on 3-28-15 inorder to Confront witness and evidence with charges against me mam. Thank You

7.) INMATE SIGNATURE Joseph Mizzoni DOC # 68549

8) RECEIVING STAFF SIGNATURE ______ DATE ______

9) RESPONSE TO INMATE

Adhere to the process

10.) RESPONDING STAFF SIGNATURE [signature] DATE 4/17