Name: JOSEPH MIZZONI
HIGH DESERT STATE PRISON
PO BOX 650, INDIAN SPRINGS, NV. 89070
#68549
Prison Number

```
FILED  ✓        RECEIVED
ENTERED         SERVED ON
         COUNSEL/PARTIES OF RECORD
         MAR 25 2016
         no copy
         CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:                    KMR  DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH L. MIZZONI,  )
          Plaintiff,  )
  )
vs.  )  CASE NO. 3:15-CV-00499-MMD-WGC
  )  (To be supplied by the Clerk)
1) Christopher Smith (NDOC Officer)  )
2) LT Brannon (NDOC LT. Officer)  )  CIVIL RIGHTS COMPLAINT
3) MS Lisa Walsh (NDOC NNCC Warden)  )  PURSUANT TO
4) Mr Baca (NDOC NNCC Warden),  )  42 U.S.C. § 1983
5) Mr EK. McDaniel (Assist Director NDOC)  )  (FIRST AMENDED COMPLAINT)
6) Mr Cox (Director NDOC)  )  JURY TRIAL DEMANDED
          Defendant(s).  )

## A. JURISDICTION

1)   This complaint alleges that the civil rights of Plaintiff, JOSEPH MIZZONI,
(Print Plaintiff's name)

who presently resides at High Desert State Prison, PoBox 650, Indian Springs, NV. 89070, were

violated by the actions of the below named individuals which were directed against
Plaintiff at (PoBox 7000) Northern Nevada Correctional Center, Carson City, NV. 89701-7000 on the following dates
(institution/city where violation occurred)

(14th Amendment 5-1-15 for 3-28-15) _____, and _____.
(Count I)  (Count II)  (Count III)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

1) Defendant **Christopher Smith** resides at **NNCC Prison, Po Box 7000, Carson City, NV. 89701-7000**
   (full name of first defendant)                (address if first defendant)
   and is employed as **Correctional Disciplinary Write up Officer (NDOC)**. This defendant is sued in (his)/her
                    (defendant's position and title, if any)
   ✓ individual  ✓ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: He wrote the Notice of Charges for Plaintiffs Disciplinary Hearing process &
   and part of that process by doing so for NDOC as of AR 707.

2) Defendant **Mr Brannon** resides at **NNCC Prison, Po Box 7000, Carson City, NV. 89701-7000**
   (full name of first defendant)                (address if first defendant)
   and is employed as **Lt Correctional Officer Disciplinary Hearing (NDOC)** This defendant is sued in (his)/her
                    (defendant's position and title, if any)
   ✓ individual  ✓ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: He was the 5-1-15 Disciplinary Hearing Officer who presided my writeup
   with out Due process of law for NDOC AR 707.

3) Defendant **Lisa Walsh** resides at **NNCC Prison, Po Box 7000, Carson City, NV. 89701-7000**
   (full name of first defendant)                (address if first defendant)
   and is employed as **AWP Warden/Grievance Coordinator NNCC for NDOC** This defendant is sued in his/(her)
                    (defendant's position and title, if any)
   ✓ individual  ✓ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: She was the AWP and Grievance Coordinator and a part of the Appeal process
   for my 5-1-15 Disciplinary process AR 707 and final decision maker and trainer for employees for NNCC (NDOC)
   Disciplinary Hearings.

4) Defendant **Mr Baca** resides at **NNCC Prison, Po Box 7000, Carson City, NV. 89701-7000**
   (full name of first defendant)                (address if first defendant)
   and is employed as **Head Warden At NNCC for NDOC**. This defendant is sued in (his)/her
                    (defendant's position and title, if any)
   ✓ individual  ✓ official capacity. (Check one or both). Explain how this defendant was acting

   under color of law: He was the head Warden and a part of the Appeal process for my 5-1-15 disciplinary
   process AR 707 and final decision maker and trainer for their employees for NNCC Disciplinary Hearings.

5) Defendant **Mr BK. McDaniel** resides at **Po Box 7000, Carson City, NV. 89702**
   _____ This defendant is sued in (his)/her
   ✓ individual  ✓ official capacity
   under color of law: Assistant Director, trainer employees, final decision maker for NDOC at NNCC Prison Disciplinary
   AR 707 processes.

-2-

6) Defendant **Mr Cox** resides at **PO Box 7011, Carson City, NV 89702**,
      (full name of first defendant)                    (address if first defendant)
and is employed as **Head Director for NDOC Employee/proceeds**. This defendant is sued in his/her
                      (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: He was the Director of Prisons for (NDOC) Policies AR 707 Disciplinary Hearings 5-1-15 and a final decision maker and signed the AR 707 as that

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

1) under 11th Amendment all purpose violated Plaintiffs 14th Amendment Right and there for should not be allowed to invoke the 11th Amendment Amnisty.
2) 42 USC § 1976 Civil Rights Attorney Fees of 42 USC § 1988 and Plaintiffs Cort.
3) §242 Criminal Counter Part to a §1983
4) 42 USC § 1985 2) and 3) Conspiracy to falsifie evidence, not allowed evidence, false write ups, and punishment and witness. under New evidence FRCP 60(b) to my Amended Complaint.

**B. NATURE OF THE CASE**

1) Briefly state the background of your case.

On 5-1-15 plaintiff had a Nevada Dept. Corrections Disciplinary Hearing with myself Joseph Mizzoni #68549, NDOC LT. Brannon Hearing Officer, And Christopher "Deyerle #1010262 my only witness allowed," by my request were all present at this disciplinary hearing. During this Hearing LT. Brannon (recorded all proceedings), Asked Plaintiff his response and Plaintiff plead not Guilty and Lt Brannon read plaintiff his miranda rights to a possible criminal sanctions. Plaintiff statement was he didnt hit C. Smith on 3-28-15 and Plaintiff requested all witnesses and video to the 3-28-15 incident to statements and view. LT Brannon denied all witnesses except Chris Deyerle #1010262 my cellie at the time in 5-B-29 Unit. MR. Brannon would not copy of the Video requested, said there is no video and its official use only. (There's a Video Camra Showing in Unit 5 in "A-B-C" wings, Also Back Entrance Door and Front Entrance Door and there was hand held Video by C/O Sergent Robertson as a Search and Escort Officer on scen 3-28-15 during the punishment on the spot before disipenary hearing.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**C. CAUSE OF ACTION**

3

B. NATURE OF THE CASE                                    (CONTINUED)

Witness information said by C. Smith (NDOC) officers report said there were inmates around us and the Rotunda was full of Inmates which I have a due process right under "(AR 707 NDOC)" and "Wolff v. McDonell" to be allowed witness and video evidence to cross examen and marshell the facts of my accussers. (I was DENIED ON TAPE.) Mr Brannon only allowed my cell Chin Deyerly #1010262 and he told what he saw to his eye witness ability from the area of incident, which is on page 1 of 4 on Disciplenary Form # under Witness Information. (I/M Mizzoni requested I/M Deyerle #1010262 and I/M testamoney was accepted as relevant and is as follows: Four Cops came in our house 5-B-29 Cell and tore it apart. I know Joe was going to tell the cop that the house needs to be put back together. When I came out Joe was on the wall. C/o Smith went to grab his arm and Joe said what are you doing. C/o Smith took him to the ground and said stop resisting. He then yelled for everyone to lock down. At this time other officers arrived and yelled to lock down and I locked down.) Mr Deyerle testamoney was accepted as ACCEPTED/RELEVENT. And not one time does Inmate Deyerle state that Inmate Mizzoni struck or assaulted or battered or cussing at C. Smith C/o. And I/M Deyerle stated they saw on tape also that there were all kinds of Imates that saw the same thing and I/M Scotty Cox a inmate but none were allowed or called as witnesses in the rotunda of Unit 5 in behalf of plaintiff or against C. Smiths report. Defendant Smith doesn't enter any witnesses or any staff to witness his version of events on his write up, including a Inmate, Deyerle on what he said, nor does C. Smith say Deyerle lied at the disciplenary hearing. And none of the Inmates at the insident on 3-28-15 were a threat nor unrelevent to plaintiffs hearing, nor did the LT Bennon say on tape they would be or on papers so Plaintiff should of been allowed the witnesses. Plaintiff wanted all the Video Evidence prior to the Disciplenary Hearing and asked AWP Lisa Walsh and Wardens and the answer was "Adhere to it" and she or the other Wardens give me anything and they and Mr Brannon Denied me Video evidence because I was not allowed it. (See Kite Attached to Wardens for Video/witnesses). And AR707 Page 5 of 38 1.9-A Qualifed

                                    JA

B. NATURE OF THE CASE                                          (CONTINUED)

opportunity to call witnesses with substantive knowledge of issues and present documentary evidence provided that to do so will not jeopardize institutional security or correctional goals. (This includes video by law). Chris Deyente was a inmate witness he was working yard labor that day and Mr Brannon LT called him on the intercom and could of called the other witness inmate as well, or any C/o's witnesses. These were eye witnesses not hearsay. Also any and all pictures was denied. Mr Brannon even asked "What would this Video do"? and Plaintiff told him as said above, and was still denied alleged he said its our policy to show you the video. Plaintiff was Charged for the following Infractions: Cussing a G9, Battery MJ3 and Assault MJ2 by only staff report C. Smith evidence. Mr Brannon drops the cussing and Assault and finds me guilty of battery MJ3 and giving Plaintiff 2 years Disciplenary Segragation for prior write ups in the past as far as 8 years back, and Plaintiff is on a new sentence. Those prior incidents were false to and plaintiff was cuffed/shackled when those happen and (NDOC) has a policy after they beat you or a incident happens they reverse the charges that they should of got to give you a disciplenary falsly. By C/O Brannon charging Plaintiff and stating on tape hes punishing Plaintiff for his past is Double Jepardy, punished for the same crimes twice. And for the record I was under mental health when they beat me. This administration and Warden Walsh, Warden Baca, Asstitant Director Ek McDaniel and Director Cox all know Plaintiff didn't hit C. Smith and all conspired and retailaited against Plaintiff for this and prior grievances and Lawsuits to obstruct Justice, commit perjury, Malicious prosecution, False Arrest, Conspire to Comit with C. Smith, Segert Robatson and the other C/o's involved that night after they beat me to use false evidence to Investigator Generals office with false picture of hand and side of C. Smiths face to say plantiff hit C. Smith which was written on the disciplenary and makes all of them a part of Plantiffs Write up and punishment illegally, and most reasently Under FRCP 60(b) new evidence on Case # 3:15-cv-00313-MMD-VPC Plantiff recieved a "LIMITED NOTICE OF APPEARANCE" dated 1-15-16 and the defendant C. Smith is asking for a out of Court

3-B

B. NATURE OF THE CASE                                    (CONTINUED)

Settlement on that case which he claims so is a statment of guilt and lieing on his report on this case. because plaintiff only sued C. Smith for his lieing to violate plaintiffs rights and under the 1st Amend to USC. for says words only and him assulting me for it under the 8th Amend. on the other case. He said he didnt do anything to me. He filed a false report here to punish me 2 years and so did the other defendants by conspiring to do so with him and as said. And by all defendants doing so illgally put me in a atypical and hardship by (1) Plantiff disciplenary segregation is not the same as GP at NNCC he proves this by comparing ELY STATE PRISON (MAX) TO GP NNCC PRISON MEDIUM YARD and does so to show all the things at GP Level Lost: (1) 2 years locked down now; (2) No packages; (3) Criminal Sanctions possible; (4) Shot Referal days hot (5) Restution possible; (6) A beating punishment on spot (7) Coffee Shop; (8) Yard 3 times a week with Gym; (9) BandRoom Privileges and my band players; (10) Church and Choir Pratice (11) Culanary meals biger and hoter; (12) Hand Cuffed and leg shackled every where; (13) Visits Contact with my family; (14) Store priviliges; (15) Applionce privliges; (16) Clothing privliges have to wear orange Jump Suit; (17) Showers every day (18) Law Liabary (19) Tear time in Units till 11pm (20) False Disciplenary of Assult and Battery on record. (21) Put on High Risk Prisoner status for 3 months without due process; (21) Took off a medical yard for mental health without due process. (22) Moved from a medium yard to max yard 250 miles from anything. and other related punishments, enorities, and privileges. And no additional due process for punishment of the loss of Visits, Store, and appliances, my sanctions on my Summary Judgment only say 24 months D/S time in which shows a difference between GP and DiSeg. Disciplenary Segregation is not the same as General population what so ever. Plantiff was due for a parol this year 2016 and it may effect that decision making process, and make plantiff stay in confinement longer. All defendants were involved per AR707 Administration Regulation Inmate Disciplenary Processes and plantiff will show each one on Count 1 14th Amend to USC on this Complant per AR 707. (By the new evidence of Smith writing a deal and the officer that took pictures and the other defendants conspiring to false evidence I envoked Conspircy.)                    3-C

## C. CAUSE OF ACTION

### COUNT I

The following civil right has been violated: Amendment 14 All persons have or born in naturalized in the United States, and subjected to the reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the U.S. nor shall any states deprive any person of life, liberty or property without due process of law or deny to any person any state deprive any within its jurisdiction the equal Protection of laws. Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

All defendants violated Plaintiffs 14th Amendment rights to USCA and the 5th Amendment to not be punished for the same crimes twice which is Double Jeopardy and Plaintiff explain how each were involved. 1.) Christopher Smith (NDOC)OFFICER: Mr Smith did so by writing a False Disciplenary Report stating Plaintiff hit him in the temple of his face as he was wrestling Plaintiff down for cussing according to his report. And by doing so he caused plaintiff punishment on the spot in Unit 5 Rotunda on 3-28-15 at NNCC Prison by him and his partners beating plaintiff and causing him severe injuries and permanent damage to his health. Mr. Smith conspired with the other defendants to write this false report and false pictures of side face and a hand with a cut on top of fore finger/Right side. And by doing so plaintiff was convicted in a Disciplenary Hearing 5-1-15 as Smith being the charging officer and report and caused plaintiff hardship and Atypical situation by 2 years DS ect. See:(B. Nature of Case Page 3-c) He lied on this report and this report is a part of the discuplenary process See; (NDOC)AR 707 Disciplenary Process: AR 707 P.9 2 of 38 Charging Employee, AR 707 3 of 38 DISCIPLINARY PROCESS, AR 707 P.9 4 of 38 NOTICE OF CHARGES, AR 707 1.9, AR 707.02-1.1 Notice of Charges (NDOC-3017), AR 707.04 1.1 Notice of Charges, AR 707.04 1.1 to P.9 7 of 38., AR 707 1.3.6 Evidence. A finding of Guilt must be based on some evidence, regardless of the amount. In all C.Smith is a very much part of the disciplenary process personel and offical. If he would'nt of had and false write up Plaintiff would not have been punished without due process by other defendants, but instead he conspired with other defendants to violate Plaintiffs due process rights by a false report and sending false pictures and reports to the Investigator General and the Disciplinary UV Brannon, and he did so in which caused plaintiff a criminal sanction to be read to plaintiff from AR 707 proceedures. He has sence then on a related case # 3:15-CV-00313-MMD-VPC

C. CAUSE OF ACTION COUNT 1                                    (CONTINUED)

filed a "LIMITED NOTICE OF APPEARANCE" dated January 15, 2016 in the US/DIST/COURT/NEV on excessive force, lieing on this report, and false evidence that plaintiff charged him on the 8th and 1st and 14th Amend to USCA with his attorney and two other Correctional Officers which conspired to use false pictures and evidence that plaintiff charged them for as well. So if this Court looks at that its a sign of guilt in its self to want to settle out of Court and tell the truth with plaintiff accusations being almost exact as far as C. Smith Conspiring and lieing on the Disciplenary Report. See;(Case # 3:15-CV-00313-MMD-VPC Document 1-1 B. NATURE OF THE CASE pg 3-C, pg 4, pg 4A, 5-D to 5-E, pg 6.) also see;(Case # 3:15-CV-00313-MMD-VPC Document 7 dated 1-15-16.)

(2) MR BRANNON (NDOC) LT. OFFICER: This defendant has been stated by this court to proceed with a 14th Amendment Violations as the Disciplenary Hearing Officer on plaintiff original written case. See;(Case # 3:15-CV-00499-MMD-WGC SCREENING ORDER dated 3-2-16 Document # 4 Pg 9 Line 25-26.) also see;(B. NATURE OF CASE Pg. 3 to 3-C.)

3) MS WALSH (NDOC) AWP; (4) MR BACA (NDOC) WARDEN; (5) MR E.K. MCDANIEL (NDOC) Assistant Director, and (5) MR COX (NDOC) Director all are personally and officially involved Per (NDOC) AR 707 Disciplenary Process and all Conspired to with C. Smith to file a a false report for Disciplenary Hearing and sanctions that followed and did so by false evidence that all would have to prove and approve to go to this process on 5-1-15 Disciplenary Hearing Process and to the Investigator Generals Office Mr Moore to say with all defendants that plaintiff hit C. Smith who wrote the report with there approval, training and directing and using false pictures, reports, evidence of side of C. Smiths face and a right hand cut on top of fore Knuckle to say Plaintiff hit C. Smith in his temple as the Disciplenary Stakes in which all there involument put Sanctions through C/O Brannon Knowing all Knew Plaintiff did nothing and because of that Plaintiff received harsh Sanctions and a Atypical and Hardship compared to a G.P. minimum to a Super Max at Ely Prison.

4-A

## C. CAUSE OF ACTION Cont-1 (Continued)

See:(B. NATURE OF CASE P.g 3 to P.g 3C) Also Plaintiff will show more involvement per there own Rules on AR 707 in order: AR 707 P.G 1 of 38 707.01 to 707.14 To establish an inmate disciplenary System within the Department (3-4215); AR 707 AUTHORITY NRS 209.131 and NRS.209.246; AR 707 2 of 38 CHARGING EMPLOYEE; AR 707 P.G 3 of 38 DISPLENARY PROCESS; AR 707 4 of 38 1.4 Coperal Punishment or inhumane treatment is prohibited (3-4268) and Defendant authoty has allowed plaintiff to receve this treatment, interrgation, Cameras in cells, torcher acts. AR 707 P.G 5 of 38 1.9; AR 707.02 DISCIPLENARY PROCESS STRUCTURE 1.1; AR 707 P.g 6 of 38 Appeals and AR 707.04 INMATE DESCIPLENARY PROCESS 1.1, 1.1.1.1, 1.1.2, 1.1.3, P.G 7 of 38 1.1.4, 1.1.5, 1.1.6 In any event of an investigation, the investigator may complete a Notice of Charges or submit a report to the institutional Warden who will insure that a Notice of Charges is initiated (3-4220), AR 707 (1.1.8 and 1.1.8.3; AR 707 P.G 14 of 38 1.3.5.6, 1.3.5.7, and they all conspired to not allow plaintiff to see vidio evidence and recieve the witneses on 3-28-15 in Unit 5. also inclosed/Attched is a Noac kite written to Warden Ms Walsh. to retain Vidio / still pictures / witnes and this wrote on 4-5-15 (1 month) prior to 5-1-15 Disciplenary Hearing, and the answer officially involved said "Adhere to the Process" and she nor the rest of the Defendant Complied to this.) AR 707 P.g 15 of 38 1.3.6 Evidence; 1.3.6.2 (Evidence is relevent if it assists the Disciplenary Hearing Officer or Preliminary Hearing Officer in deteming a fact necessary to determine guilt or innocence.) AR 707 P.g 16 of 38 1.3.7.2 (Guilt or innocence shall be determined solely on the evidence presented at the hearing or reviewed prior to the hearing by the Disciplenary Hearing Officer) AR 707 17 of 38 1.5 Disciplenary Appeals, 1.5.1, 1.5.2, 1.5.3, 1.5.4 Wardens Response, 1.5.4.1 P.g 18 of 38 1.5.4.2, 1.5.4.3, 1.5.4.4 (These Wardens responded to my appeal 2 month past this whole process and Plaintiff should win his case by this as far as exspungement of his record gos.) Grevence # 2006-29-99675 is attached to show. And plaintiff even complied to there answer and its been 8 months and no Answer on that ether on Appeal 4-B

C. CAUSE OF ACTION COUNT 1                                    (CONTINUED)

AR 707 P.g 25 of 38 1.2.3 (IF the chart is followed, written documentation must be submitted to the Warden justifying the departure from the Chart of Disciplinary Sanctions for review and approval.)

AR 707 P.g 27 of 38 1.3 Wardens.

AR 707 P.g 29 of 38 707.10 REFERRALS FOR PAROLE REVOKATION 1.1.3.1 The Warden will determine if such an action is apporate.

AR 707 P.g 31 of 38 1.4.3, 1.4.3.1

AR 707 P.g 38 of 38 The (NDOC) Directors name and singnature on AR707. and REFERENCES ACA 3-4214-4225; 3-4227-4236

ATTACHMENTS CHART OF DISCIPLENARY SANCTIONS Chart NDOC FORM 3010, Form 3017, FORM 3018, FORM 3019 Page 1, Form 3019 Page 2 and Form 3043

All Stated is to Show this Court the personal and official involvement in all disciplenary Proceedings Per AR 707 NDOC.

Also by all conspiring to a False Disciplenary report and false pictures, reports and evidence. None were impartial to this whole process. See; AR707 P.4 of 38 707.01 DEPARTMENT POLICY 1.3

• Discipline should be applied in an inmpartial and consistent manner. They did not.

Also there involvement is participating, conspiring and ordering there officers to do all these violations and the trained them. And on behalf of the (NDOC) and its officers, directors, Employees former Employees, Agents, Predecussors, Boards, Hearings, Divisions, Succussors, Administrators, and assigns, Acting privatly, Individually, or under law. Color. or Authoritey at, or for the Benifit of, (NDOC) or its Opprations, Including its opprations arising from or relating to the Provisions or delivery of medical care and protection to staff and Inmates, and Further including any Person responsible for promolagating, mantaining, Enforcing any rules or Disciplenarys, Directives, regulations, These after all Such persons are collectively refered to as a

4-C

C. CAUSE OF ACTION COUNT 1 (Continued)

Defendants and The state of Nevada for all prisoners at (NNCC). They sanctioned plaintiff by 24 months D/Sitime, Restitution, Criminal prosecution, shit A class refusal and see; (B. NATURE OF CASE P.g. 3-C) and emotional duress of that punishment of not knowing and sanctioned. They have all retaliated by my whole time under Illegal Surveillance, Interrogations, gased/chymicals, use of lazer equiptment to hit vital areas in cell and other sources of torcher tricks and equiptment used as a test dummy on plaintiff. And because plaintiff ask for Injunction Relief it makes all Wardens and Directors a defendant to plaintiff action.

EVIDENCE: 3-28-15 VIDEO TAPES IN UNITS 5, 4, 8, 7. ALSO HAND HELD VIDEO FROM UNIT 5 TO UNIT 8 by Sargent Robertson and she took still pictures and IG INVESTIGATION, MEDICAL RECORDS, WITNESS IN UNIT 5 and C/O' Reports, Warden Reports, Director Reports. And ▓▓ 5-1-15 DISCIPLENARY TAPE RECORDING

4-D



## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal court involving the same or similar facts as involved in this action? ✓Yes ___No. If the answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below outline)

   a) Defendants: The State of NV. in Rel. to (NDOC) McDaniel, Bryant, etal
   b) Name of court and docket number: # 3:11-CV-00186-LRH-WGC
   c) Disposition (for example was the case dismissed, appealed or is it still pending?): It was dismissed by 9th Cir Court Appeals
   d) Issues raised: 8th and 14th Amendments for not allowing a Hearing at all.

   e) Approximate date it was filed: January 20, 2011
   f) Approximate date of disposition: Jan - 2015

2) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? ✓Yes ___No. If your answer is "Yes", describe each lawsuit. (If you have had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline).

   Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

   a) Defendants: NDOC Blauvelat at Ely Prison
   b) Name of court and case number: # 3:07-CV-0008
   c) The case was dismissed because it was found to be (check one): ✓ frivolous:
      ___malicious or ___failed to state a claim upon which relief could be granted
   d) Issued raised: 1st, 4th, 5th, 6th, 8th and 14th Amends to USCA

   e) Approximate date it was filed: 9-1-06
   f) Approximate date of disposition: 6-6-07

   Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

   a) Defendants: _____
   b) Name of court and case number: _____



    c)    The case was dismissed because it was found to be (check one): ____frivolous: ____malicious or ____failed to state a claim upon which relief could be granted

    d)    Issued raised: _____

    e)    Approximate date it was filed: _____

    f)    Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

    a)    Defendants: _____

    b)    Name of court and case number: _____

    c)    The case was dismissed because it was found to be (check one): ____frivolous: ____malicious or ____failed to state a claim upon which relief could be granted

    d)    Issued raised: _____

    e)    Approximate date it was filed: _____

    f)    Approximate date of disposition: _____

3)    Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ✓Yes ___No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a (1) ___disciplinary hearing; (2) ___state or federal court decision; (3) ___state or federal law or regulation; (4) parole board decision; or (5)___ other_____
If your answer is "yes", provide the following information. Grievance Number *#2006-29-99675*
Date and institution where grievance was filed *1st Level Appeal 5-1-15 And 2nd Level 6-17-15*
Response to grievance: *No Response on the 1st level so plaintiff file 2nd level Level Gave back No Response to that level. cotton*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

1) Compensory Relief of $500,000 thousand Dollars
2) Punitive of $500,000 thousand dollars.
3) Emotional Duress of $500,000 thousand Dollars
Inadently 4) Injunction Relief Expunge Disciplinry off record for each put back in GP where I was Innocently
5) Give any fine time back? and restitution money back? ~~out of state~~

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_Myself_
(Name of person who prepared of helped prepare this complaint if not Plaintiff)

_[signature]_
(Signature of Plaintiff)

March 20, 2016
(Date)

(Additional space if needed; identify what is being continued)

6) If (NDOC) cannot provide plantiff with his medium status Plantiff ask to mand to a prison equal to, or out of state to accomidate his action in this law suit as truth. And because new evidence of Smith and CO's involved and defendants conspiricy I still ask for Emergency Relief of release off of Disciplinary Segregation.

9



## CERTIFICATE OF SERVICE BY MAIL

Pursuant to N.R.C.P. Rule 5 (b), I hereby certify that I am the petitioner\Defendant named herein and that on this 20th day of March 20/5, I mailed a true a correct copy of the foregoing document to the following:

BRAS SIIP #1703508
CASE# 3:15-CV-00499-MMD-WGC

1) TO: Clerk of US Dist Court Nev.
   Dist of Nevada.
   400 South Virginia ST., Room 301
   Reno, Nevada 84501

2) Office of Attorney General
   100 N. Carson Street
   Carson City, NV. 8701-4717

   /s/ Joseph [signature]

3) Plaintiff Address Joseph Mizzoni #65549
   Ely State Prison
   PO Box 1989
   Ely, NV, 89301

10

*No Grievance?* *2007 7610*
*Because 1st Level Appeal*
*was Never Returned.*

LOG NUMBER: _____

# NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME: **Joseph L. Mizzoni**   I.D. NUMBER: **68549**

INSTITUTION: **NNCC Prison**   UNIT: **7-B-62**

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER _____, ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: *Joseph L. Mizzoni*   DATE: **6-17-15**

WHY DISAGREE: Because I Put in a Disciplinary Appeal in on 5-1-15 within the (15 Day) Time limit of AR 707. This was for a incident I was illegally charged for Assault, Battery, Abusive Language, in which it has been well pass the Grievance time limit to answer the 1st Level grievance and so in turn between that grievance and your Dept not answering in a timely

GRIEVANCE COORDINATOR SIGNATURE: **D. Clark**   DATE: **6/18/15**

---

SECOND LEVEL RESPONSE: _____

_____

_____

_____

_____

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: _____ TITLE: _____ DATE: _____

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: **7/13/15**

INMATE SIGNATURE: *Joseph Mizzoni*   DATE: **7-27-15**

## THIS ENDS THE FORMAL GRIEVANCE PROCESS

Original:   To inmate when complete, or attached to formal grievance
Canary:    To Grievance Coordinator
Pink:      Inmate's receipt when formal grievance filed
Gold:      Inmate's initial receipt

JUN 18 2015

DOC 3094 (12/01)



## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Joseph Mizzoni  I.D. NUMBER: 68519
INSTITUTION: NNCC Prison  UNIT #: 7-B-62
GRIEVANCE #: 2006-29-99675  GRIEVANCE LEVEL: 2nd Level
GRIEVANT'S STATEMENT CONTINUATION: PG. 2 OF 2

Manner per AR 740. I would now ask that all my (NDOC) Disciplinary be dismissed in the entirety and expunged of my Disciplinary record permanently, and I be released out of Disciplinary Segregation, back to the NNCC prison yard in Level 2 where I was. I Stand by my 1st Level Grievance on this 2nd Level Grievance. If not this yard move me to one where I can be medically treated and do my time with out false Disciplinaries and harassment and unjust punishment related to the 8th Amendment to the U.S.C.A. of Cruel and Unusual punishment and Move Due Process of Law and now add this under AR 740 and 14th Amendment to receive a answer in a timely manner to marshel the facts and respond to my appeal per AR 740. of Due process of Law.

Original:   Attached to Grievance
Pink:       Inmate's Copy

JUN 16 2015

AWP - NNCC

DOC – 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
## MEMORANDUM

TO:       Mizzoni, Joseph 68549

FROM:    Lisa Walsh, AWP/NNCC

DATE:    7/8/2015

SUBJECT:   Improper Grievance #: 20062999675

**The attached grievance is being returned to you for the following reason(s):**

☐ Non-Grievable issue:
    ☐ State and Federal court decisions
    ☐ State, Federal, and local laws and regulations
    ☐ Parole Board Decisions
    ☐ Lacks Standing

☐ Untimely submission

☐ No remedy noted

☐ Abuse of Inmate Grievance Procedure
    ☐ Any language, writing or illustration deemed to be obscene, profane, or derogatory
    ☐ A threat of serious bodily injury to a specific individual
    ☐ Specific claims or incidents previously filed by the same inmate
    ☐ More than four (4) unfounded, frivolous or vexatious grievances per month
    ☐ Allegations proven to be false

☐ The grievance contains more than one incident, issue, etc.

☒ Other; Specify: __3098 – You must attach the Informal and First Level of this grievance.

You may resubmit your grievance after correcting the above deficiencies. Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

Witness Signature / Date: 7/07/15

Inmate Signature    Date:

Cc: Original – Inmate         Copy – Grievance File

DOC-3098 (10/03)

**INMATE REQUEST FORM**

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Joseph Mizzoni | 68549 | 7-B-62 | 4-5-15 |

4.) REQUEST FORM TO: (CHECK BOX)    ___ MENTAL HEALTH    ___ CANTEEN
___ CASEWORKER    ___ MEDICAL    ___ LAW LIBRARY    ___ DENTAL
___ EDUCATION    ___ VISITING    ___ SHIFT COMMAND
___ LAUNDRY    ___ PROPERTY ROOM    ✓ OTHER  WARDEN MS. WALSH

5.) NAME OF INDIVIDUAL TO CONTACT: MS WALSH (Please Retain all Video/still pictures for my Lawyer and Court)

6.) REQUEST: (PRINT BELOW) MAM, I am in 7-B-62 I went to a Hearing on 4-4-15 and Received my Notice of charges and was Read everything in C/O Smith's Version Unit 5 on 3-28-15 he said he ordered Inmates to lock it up and they did, then he said he ordered "several" Inmates to get back because his rotunda was full of other inmates. AT the hearing I requested those inmates in the rotunda and around myself and C/O Smith Names on Affidavits to or any other Inmates version of events to be at my discipleny Also please request all video/still pictures from inside Unit 5 to 7-A-38 on 3-28-15 in order to Confront witness and evidence with charges against me. man. Thank You

7.) INMATE SIGNATURE  Joseph Mizzoni                DOC # 68549
8.) RECEIVING STAFF SIGNATURE _____                DATE _____

**9.) RESPONSE TO INMATE**

Adhere to the process

10.) RESPONDING STAFF SIGNATURE  RW        DATE 4/17

DOC – 3012 (REV. 7/01)