ADAM PAUL LAXALT
Nevada Attorney General
ERIN L. ALBRIGHT
Deputy Attorney General
Nevada Bar No. 9953
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1257
E-mail: ealbright@ag.nv.gov

*Attorneys for Defendant Ira Brannon*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH L. MIZZONI,<br><br>           Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>           Defendants. | Case No.  3:15-cv-00499-MMD-WGC<br><br>**LIMITED NOTICE OF APPEARANCE** |

Pursuant to the Court's Order (ECF No. 10), Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, appear for the limited purpose of settlement discussions only on behalf of Defendant, Ira Brannon.

Attorney General Adam Paul Laxalt should be removed from the CMECF notices on this Case.

Dated this 23rd day of September, 2016.

ADAM PAUL LAXALT
Attorney General

By: /s/ Erin L. Albright
ERIN L. ALBRIGHT
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 23rd day of September, 2016, I caused to be deposited for mailing a true and correct copy of the foregoing, **LIMITED NOTICE OF APPEARANCE**, to the following:

Joseph L. Mizzoni #68549
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

_____
An employee of the
Office of the Attorney General