## Minutes of Proceedings

3:15-cv-00499-MMD-WGC

Mizzoni v. State of Nevada ex rel
et al

MEDIATION,P2,P7

United States D

District of

**Notice of Electronic Filing**

The following transaction was entered on 12/6/2016 at
**Case Name:**        Mizzoni v. State of Nevada ex rel
**Case Number:**      3:15-cv-00499-MMD-WGC
**Filer:**
**Document Number:** 15(No document attached)

**Docket Text:**
**MINUTES OF PROCEEDINGS - Early Mediation**
**Mediator Courtney O'Mara, Esq. Crtrm Adminis**
*Joseph L. Mizzoni, Pro Se (via video)*; Def Cou
**Recording start and end times: *2:32:31 p.m. - 2***
***p.m.*; Courtroom: 2.**

**1st mediation session. A settlement was NOT r**
**mediation is SEALED.**

**An early mediation program questionnaire for [**
**Plaintiff along with a copy of these minutes. Th**
**returned to Judicial Assistant, at 400 South Vir**
**within thirty (30) days. DO NOT FILE THE QUES**
**attached) (Copies have been distributed purs**

**3:15-cv-00499-MMD-WGC Notice has been electron**

Erin L. Albright      ealbright@ag.nv.gov, kheald@ag.nv

**3:15-cv-00499-MMD-WGC Notice has been delivere**

C. Smith
30 Foveaux Street
Surry Hills, NSW 2010

Joseph L. Mizzoni

