MOTION SEEKING PERMISSION TO RESPOND

1. High Desert State Prison
2. PO Box 650
3. Indian Springs, NV. 89070
4. Joseph Mizzoni #68549
5.
6.
7. JOSEPH MIZZONI                     CASE# 3:15-CV-00499-MMD-WGC
8.             Plantiff
9.
10. VS.                                MOTION TO RESPOND TO
11.                                    DEFENDANTS NOTICE OF
                                       ACCEPTANCE OF SERVICE.
12. STATE OF NEVADA, et al,
13.           Defendants
14.
15.     Comes Now, Plantiff Joseph Mizzoni #68549 PRO-SE and
16. Respectfully ask the Court to Respond to Defendants Notice of
17. Acceptance of Service on his §1983 Civil Rights Complaint Pursuant
18. To USC §1983.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
                              -1-

I.

STATEMENT OF FACTS IN SUPPORT I

(1) I am the Plantiff Joseph Mizzoni #68549 PRO-SE.
See; Haines v. Kerner, 404 US 519, (1972)(Alligations of a pro-se complaint are held to less strigent standards then formal pleadings drafted by lawyers).

(FACT 1) Plant filed his §1983 1st Amended Complaint on the 20th day of March, 2016.

(Fact 2) Defendants filed a "Notice of Acceptance of Service" on the 30th day of December, 2016, and did accept service for "only" Defendant IRA BRANNON and not Officer Chris Smith.

(FACT 3) Plantiff responds to this Court and ask if the Defendants can not or will not take service F.R.C.P. 4(i) acceptance for Chris Smith could plantiff have a known address to do service on him from Defendents at his last work place, Northern Navada Corretional Center? So he can complest service to Mr Smith a defendant on the above case # 3:15-CV-00499-MMD-WGC under the 14th Amendment to USCA per "ORDER" by this Court dated the 2ND day of September, 2016. And also Forms by the US Marshals Service (USM-285 Forms) to complest this service.

Respectfully Submitted
this 9th day of January 2017

BY: /s/ JM
Joseph J Mizzoni #68549

-2-

## II.

<u>AFFIDAVIT OF JOSEPH MIZZONE #68549 IN PRO-SE</u>

1. STATE OF NEVADA)
2. :ss
3. County of (CLARK)
4.
5. (1-) Plaintiff sworn in support of the Motion duly and says;
6.
7. (2) Plaintiff in PRO-SE <u>Joseph Mizzoni #68549</u> in support of
8. this affidavit here for a " <u>MOTION TO RESPOND TO DEFENDANTS</u>
9. <u>NOTICE OF SERVICE</u>" on his §1983 Complaint <u>IN THE UNITED</u>
10. <u>STATES DISTRICT COURT DISTRICT OF NEVADA</u> and does so
11. in a truthful manner under 28 USC §1746 and NRS Laws of
12. perjury and penalty.

RESPECTFULLY SUBMITTED
this 9th day of ~~January~~ 2017

BY: /s/ Joseph Mizzoni
JOSEPH MIZZONE
#68549

-3-

III.

<u>CERTIFICATE OF SERVICE BY U.S. MAIL</u>  Case # 3:15-cv-00499-MMD-WGC

1. I <u>Joseph Mizzoni #68549</u> hereby certify pursuant to 28 USC
2. §1746 that on this <u>9th</u> day of <u>January</u>, 2017 I mailed a true
3. correct copy of the foregoing "<u>MOTION TO RESPOND TO DEFENDANTS</u>
4. <u>NOTICE OF ACCEPTANCE OF SERVICE</u>" and by giving it to a
5. prison guard at High Desert State Prison Brass Slip # <u>1674276</u>
6. sealed and postage prepared, and addressed to:
7.
8. (1) CLERK, US DISTRICT COURT          (2) OFFICE OF ATTORNEY GEN. NEV.
9.      DISTRICT OF NEVADA                     100 CARSON STREET
10. 400 SOUTH VERGINIA STREET, Room #301    CARSON CITY, NV. 89701-4717
11.     RENO, NEVADA - 89501
12.
13. (3) ADDRESS OF PLAINTIFF
14.     JOSEPH MIZZONI #68549
15.     HIGH DESERT STATE PRISON
16.     PO BOX 650
17.     INDIAN SPRINGS, NV. 89070
18.
19.                                      BY: Joseph Mizzoni
20.                                          JOSEPH MIZZONI
21.                                          #68549

-4-