ADAM PAUL LAXALT
Nevada Attorney General
ERIN L. ALBRIGHT
Deputy Attorney General
Nevada Bar No. 9953
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1257
E-mail:  ealbright@ag.nv.gov

*Attorneys for Defendant Ira Brannon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH L. MIZZONI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　Defendants. | Case No.  3:15-cv-00499-MMD-WGC<br><br>**NOTICE OF UNDER SEAL SUBMISSION OF DEFENDANT CHRISTOPHER SMITH'S LAST KNOWN ADDRESS** |

Defendant, Ira Brannon, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby give notice that the last known address for Defendant, Christopher Smith, has been filed under seal.

Dated this 9th day of February, 2017.

　　　　　　　　　　　　　　　　　ADAM PAUL LAXALT
　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　By: /s/ Erin L. Albright
　　　　　　　　　　　　　　　　　　ERIN L. ALBRIGHT
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Bureau of Litigation
　　　　　　　　　　　　　　　　　　Public Safety Division

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 9th day of February, 2017, I caused to be deposited for mailing a true and correct copy of the foregoing, **NOTICE OF UNDER SEAL SUBMISSION OF DEFENDANT CHRISTOPHER SMITH'S LAST KNOWN ADDRESS**, to the following:

Joseph L. Mizzoni #68549
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

_____
An employee of the
Office of the Attorney General

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

2