#1 (ORIGINAL)

FILED ✓ / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

Copy rtnd
MAR - 1 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ KMR _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JOSEPH MIZZONI,                )   CASE No. 3:15-CV-00499-MMD-WGC
                               )
           Plaintiff           )
                               )   MOTION TO COMPEL DISCOVERY
                               )
    vs.                        )
                               )
STATE OF NEVADA et.al.,        )
C/O BRANNON / C/O SMITH        )
                               )
           Defendants          )

COMES NOW, the plaintiff Joseph Mizzoni #68549 pro-se, in the above entitled action respectfully submitting his motion to compel Discovery. This motion is made and based upon the provisions of rule 37(a) of the Federal Rules of Civil Procedure.

In support of this motion the following points and authorities are attached, as well as all pleadings and documents on file herein.

## Points and Authorities

### I
### Statements of the Case

The plaintiff Joseph Mizzoni has filed a civil rights action

-1-

I.

## STATEMENTS OF THE CASE  (continued)

2. alleging that the above named defendants are knowingly and
3. unreasonably disregarding plaintiffs due process rights
4. to the 14th Amendment for his ~~~~ 5-1-15 Disciplenary Hearing
5. and found plaintiff guilty without his due procecess rights afforded
6. to him by Nevada Dept of Corrections Administration Regulations
7. 707 and under Wolff v. McDonnell, 418 US 539, 94 S.ct 2963, 41
8. L. Ed. 2d 935 (1974). He was disciplened by a false disciplenary
9. and then denied Video, still pictures, witnesses and other related due
10. process afforded to him by defendants. see; Marquez v. Mann, 192 A.D.-
11. 2d 100, 600 N.Y.S. 2d 285 (3d Dept. 1993) (Failure of hearing officer to
12. allow inmate to review Video tape of incident in question at disciplenary
13. hearing denied inmate his Constitutional right to answer the evidence,
14. therefore the record of the insident should be exspunged).
15.     The plaintiff contends that in order to effectively present his case,
16. and motion for Summary judgment he must have access to his: (1)
17. medical records, (2) Video Tape of Units 5, 4, 8, 7 inside and out canvas on
18. 3-28-15 at Northern Nevada Correctional Center at 7pm to 9 pm, (3) Still pictures
19. took on 3-28-15 with Canvas of plaintiff ect..., (4) Disciplenary Disk recorded
20. of the 5-1-15 Disciplenary Hearing with Lt Brannon; (5) All Officers Reports
21. as witnesses and participants to the disciplenary on the night of 3-28-15
22. at (NNCC) Prison. (6) All witneses reports and Affidavits sent to IG Office of
23. inmates in Unit 5 on 3-28-15 at (NNCC) Prison. My dad sent Affidavits of
24. Inmates who witnessed, to the IG office in Carson City to Officer Mr Moore
25. who interviewed plaintiff a week after 3-28-15. (6) Any and All other evidence
26. papers and material facts to this case to compel Discovery and afford copies
27. to plaintiff.

-2-

## II. Legal Argument

3. The law has been established that the District Court
4. has wide discretion in controlling discovery. See; Blackburn v. U.S.
5. 100 F.3d 1426 (9th Cir. 1996).
6. The Plaintiff has attempted to see all this evidence
7. at his disciplinary on 5-1-15 and was denied and told by
8. Disciplenary C/O Brannon hearing Officer that your not allowed
9. to see; Video or get any more witnesses. See; 5-1-15 Disciplenary
10. recording tape. But on the other hand Warden Ms Walsh
11. states on her responds to Plaintiffs Inmate Request Form
12. dated 4-5-15 at (NNCC) Prison that; She would ahere to the
13. process. Plaintiff specified Video/still pictures, Inmate Witnesses
14. on that Kite, which is attached to Plaintiffs
15. First Amended Complaint (last PAGE).
16. The relevant standard for discovery is to be considered
17. broadly to include any matter that bears on or that could
18. resonably lead to other matter that could bear any issues that
19. may be in the case. See; Pagano v. Orroville Hosp. 145 F.R.D. 683
20. (E.D Cal. 1993) The plantiff respectfully request that the defendants
21. provide him with copies of his medical records from 3-28-15 to
22. present after care and X-rays, and all other discovery Video, Still pics;
23. Witnesses, Officers reports, Disiplenary Dusk on 5-1-15 for 3-28-15
24. insident and any and all other related evidence said, so he can file
25. an effective motion for summary judgment and prepare his case
26. appropriately. Generally, the purpose of discovery is to remove suprise
27. from trial preparation so parties can obtain evidence necessary to
28.

-3-

## II.
## Legal Argument (Continued)

evaluate and resolve their dispute. See, US. v. City of Torrance, 164 F.R.D. 493 (C.D. Cal. 1995). Plaintiff need all this discovery to show the Court/Jury that plaintiff was punished prior to disciplinary and due process denied.

## III.
## Conclusion

Wherefore, in light of the foregoing, the plaintiff prays that this Honorable Court issue an order compelling the defendants to comply with the plaintiffs' discovery requests.

RESPECTFULLY SUBMITTED
this 19th day of Febuary, 2017

BY: /s/ Joseph Mizzoni

Joseph L. Mizzoni
#68549

AFFIDAVITS OF JOSEPH MIZZONI #68549 Pro-se

STATE OF NEVADA )
                ) ss
CLARK COUNTY )

(1.) Plaintiff sworn in support of the Motion duly and says;

(2) Plaintiff in Pro-se/Joseph Mizzoni #68549 in support of this affidavit here for a "MOTION TO COMPEL DISCOVERY" for this case # 3:15-cv-00499-MMD-WGC on his §1983 Civil Rights Complaint PURSUANT TO 42 USC §1983. IN THE UNITED STATES DISTRICT COURT DISTRICT OF NEVADA and does so in a truthfull manner under 28 USC §1746 and NRS Laws of perjury and penlity.

RESPECTFULLY SUBMITTED
this 19th day of Febuary 2017

BY: Joseph
Joseph Mizzoni
#68549

-5-

CERTIFICATE OF MAILING BY U.S. MAIL

I Joseph Mizzoni #68549 hereby certify pursuant to 28 USC §1746 that on this 19th day of Febuary, 2017 I mailed a true correct copy of the foregoing " MOTION TO COMPEL DISCOVERY" and by giving it to a prison guard at High Desert State Prison and by giving it to a prison guard by brass Slip # 1640497 sealed and postage prepaid and addressed to:

(1) CLERK, U.S. DISTRICT COURT
    DISTRICT OF NEVADA
    400 SOUTH VIRGINIA STREET, Room 301
    RENO, NEVADA. 89501

(2) OFFICE OF ATTORNEY
    GEN/NEV.
    100 N. CARSON STREET
    CARSON CITY, NV. 89701-
    -4717

(3) ADDRESS OF PLAINTIFF
    JOSEPH MIZZONI #68549
    H.D.S.P
    PO Box 650
    INDIAN SPRINGS, NV. 89070

BY: /s/ Joseph Mizzoni
    JOSEPH MIZZONI
    #68549

-6-