# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH L. MIZZONI, | ) | 3:15-cv-00499-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 15, 2017 |
| STATE OF NEVADA, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court's docket reflects the filing of Plaintiff's Request for Production of Documents (ECF No. 41). Plaintiff is advised that discovery papers and discovery documents are not to be filed unless ordered by the court. LR 26-8. The exception to this rule would be if the discovery is the subject of and is appended to a discovery motion, response or reply.

Therefore, Plaintiff's Request for Production of Documents (ECF No. 41) is **STRICKEN** from the file.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:    /s/
    Deputy Clerk