PLAINTIFF'S RESPONSE TO DEFENDANT

1  JOSEPH MEZZONI #68549
2  HIGH DESERT STATE PRISON
3  PO BOX 650
4  INDIAN SPRINGS, NV. 89070

FILED / RECEIVED / ENTERED / SERVED ON / COUNSEL/PARTIES OF RECORD / APR 21 2017 / CLERK US DISTRICT COURT / DISTRICT OF NEVADA / BY: ___ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

9  JOSEPH MEZZONI
10         Plaintiff
11
12  VS.
13
14  STATE OF NEVADA et al.,
15         Defendants

CASE# 3:15-CV-00499-MMD-WGC

PLAINTIFF'S RESPONSE TO DEFENDANT BRANNON'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS [SET ONE] / PLAINTIFF'S 2ND REQUEST FOR DISCOVERY

Comes Now, the Plaintiff Joseph Mizzoni #68549 in PRO-SE Respectfully request to respond to Defendants by the above Response title on his §1983 Civil Rights Complaint PURSUANT TO 42 USC §1983.

See; Haines v. Kerner, 404 U.S. 519 (1972) (Allegations of a pro-se complaint are held to less stringent standards then formal pleadings drafted by lawyers.).

-1-

# I.

## STATEMENT OF FACTS IN SUPPORT OF RESPONSE

1. (FACT 1) Plaintiff filed his "REQUEST TO DEFENDANTS FOR
2. DISCOVERY CONFERENCE UNDER FRCP 37(a)(1) LETTER", on the
3. 21st day of March 2017.
4.
5. (FACT 2) Defendants responded by "DEFENDANTS BRANNON'S
6. RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION
7. OF DOCUMENTS [set one], on the 11th day of April, 2017, and
8. they state on PAGE 2 LINES 15-25, that under CASE# 3:15-CV-00313-
9. MMD-WPC under MIZZONI 313: DEF EXH G-001 is a copy of disciplinary
10. hearing audio from plaintiffs disciplinary hearing on May 1, 2013 for
11. OIC 390034, has been available to plaintiff to listen to and take
12. notes. Plaintiff is aware of that case and contents which are
13. identical to this case, but plaintiff request a separate discovery
14. materials in case "any or all" goes to a Jury trial for this case
15. and not the other.
16.
17. (FACT 3) Defendants responded on (PAGE 3 LINE 13-18) that (1) Plaintiff is
18. a inmate and Defendant is a prison official; and (2) the request has
19. only slight or marginal relevance to plaintiffs claims. This is plaintiffs
20. REQUEST NO 2: VIDEO inside and outside Units 5-8-4-7 at NNCC
21. Prison in Carson City NV. the night of Monday, March 28, 2015 At times
22. from 8PM to 9:30PM, of whole incident from start to finish. Plaintiff
23. wants the Video for punishing him before a Due Processes Disciplinary
24. Hearing by draging and assaulting him from Unit 5 to Unit 8 by
25. 14 officers including CO Server John Hill who orcostrated the drag by
26. stating "Forwards or Backwords" then grabing plaintiff and putting him
27. in a Choke Hold and draging Plaintiff in front outside of Unit 5 at
28. NNCC.

-2-

# I.

STATEMENT OF FACTS IN SUPPORT OF RESPONSE ____ (continued)

1. Also to show where all CIOs where abouts coming and going
2. from all Units 4-5-8-7 and times there of because of policies
3. and proceedures used on this day. Also John Hill Senor CIO
4. was the Preleminary Officer for Plaintiffs Disciplenary Case of
5. Insident on 3-28-15 and Refered Plaintiff to Discriplenary Hearing
6. for 5-1-15 "this one". He was not impartial nor was Brannon CIO
7. LT. Because he allowed CIO Hill to do the Preleminary and
8. his referal to LT Brannon knowing "Hill" was not impartial
9. and punshed plantiff prior to the 5-1-15 Disciplenary Hearing
10. the night of 3-28-15 as said, which, he should of
11. dismissed plantiffs DIS but instead took the recomendation
12. of John Hill, so plaintiff wants to see and show the
13. Court and a Jury this material Facts. ITS VERY RELEVANT
14. and by United States Courts Plaintiff has a right to view
15. the video in a disclosed place through the Warden at
16. High Desert State Prison. See; B. Nature of Case Plaintiff request
17. video on (PAGE 3 LINE 6), and (PAGE 3 LINE 11) Punishment on the
18. Spot. AND (PAGE 3A LINE 1-5) See; C. CAUSE of Action (PAGE 4 to
19. 4A LINE 1-17), and (PAGE 4D LINE 10-12) Evidence. Plaintiff should
20. be allowed all evidence, and video.
21.
22. (FACT 4:) Defendants responded on (PAGE 3 LINE 19-23) stating that
23. plantiff can view photographs of injuries taken by Robertson on
24. March 28, 2015 through CASE # 3:15-CV-00313-MMD-VPC - MEZZONE 313:
25. DEF EXH E-001-016 and once again plantiff is aware of it and contents
26. which are Identical to this case, but plantiff request a seperate discovery
27. materials in case, "any and all" goes to a Jury trial for this case and not
28. the other.

-3-

I.

STATMENT OF FACTS IN SUPPORT OF RESPONSE  (continued)

1. (FACT 5.) Defendants responded on (PAGE 4 LINE 1-6) state plaintiff request for disciplenary hearing on 5-1-15 and any Inmate brauues or other reports for 3-28-15. Same response plaintiff can recieve though Case # 3:15-CV-00313-MMD-VPC – MIZZONI 313: DEF EXH I 001-025 at the Wardens office, but plaintiff request once again to seprate this case Discovery with the other case incase of a seprate trial for Jury to see ect...

2. (FACT 6.) Defendants responded on (PAGE 5 LINE 1-13) state under case # 3:15-CV-00313-MMD-VPC – MIZZONI 313 DEF EXH C-001-010 investegaly Reports can be seen by Warden at High Desert State Prison but plaintiff request once again to seprate Discovery material from this case to that one incase plaintiff has seprate trial by Jury.

3. (FACT 7.) All request "must" be seprated Discovery Material from Case # 3:15-CV-00499-MMD-WGC to Case # 3:15-CV-00313-MMD-VPC even though each is the exzact related material, in case of Seprate trials of a Jury, or if plaintiff has to appeal to 9th CIR he must have a seprate record of Discovery Material for them to see and it may not be appealed at the same time.
  Also if plaintiff can not receive this material he will get a request by Court Order, Plaintiff trys to get it without one now. Its All relevent to his case to prove and show a pattern of conduct, and exsplain better by this evidence to the Court and Jury trial.

RESPECTFULLY SUBMITTED      BY: [signature]
this 18th, day of April, 2017       Joseph MIZZONI #68549

-4-

## II

**AFFEDAVIT OF JOSEPH MIZZONI #68549 IN PRO-SE**

STATE OF NEVADA )
                 ; SS
COUNTY OF CLARK )

(1) Plaintiff sworn in support of this 2nd Discovery Request Letter duly and says;

(2) Plaintiff in PRO-SE Joseph Mizzoni #68549 in Support of the Affidavit here for "PLAINTIFF'S RESPONSE TO DEFENDANT BRANNON'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS [set one] / PLAINTIFF'S 2ND REQUEST FOR DISCOVERY" on his §1983 Civil Rights Complaint PURSUANT TO 42 USC §1983 IN THE UNITED STATES DISTRICT COURT DISTRICT OF NEVADA, and he does so in his truth under Affidavit. See; §1746 USC AND NRS LAWS under penalty and perjury.

RESPECTFULLY SUBMITTED
this 18th day of April 2017

BY: /s/ Joseph Mizzoni

Joseph Mizzoni
#68549

III.

### CERTIFICATE OF SERVICE OF U.S. MAIL

I Joseph Mezzone #68549 hereby certifies pursuant to 28 USC §1746 that on the day of April 18, 2017, I mailed a true correct copy of the foregoing "2ND Letter; PLAINTIFF'S RESPONSE TO DEFENDANT BRANNON'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS [SET ONE] / PLAINTIFF'S 2ND REQUEST FOR DISCOVERY" by giving same to a prison official at High Desert State Prison to deposit in "U.S. MAIL BRASS SLIP #1668260 sealed and postage prepaid and addressed to:

(1) CLERK, U.S. DISTRICT COURT
    DISTRICT OF NEVADA
    400 South Virginia Street, Room #301
    RENO, NEVADA 89501

(2) OFFICE OF ATTORNEY GEN/NEV
    MS. ERIN L. ALBRIGHT
    100 N. CARSON STREET
    CARSON CITY, NV. 89701-4717

(3) PLAINTIFF'S ADDRESS
    JOSEPH MEZZONE #68549
    H.D.S.P.
    PO BOX 650
    INDIAN SPRINGS, NV 89070

BY: /s/ Joseph Mezzone
    JOSEPH MEZZONE
    #68549

-6-