ADAM PAUL LAXALT
 Attorney General
ERIN L. ALBRIGHT, Bar #9953
 Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: 775-684-1257
Email: ealbright@ag.nv.gov

*Attorneys for Defendant Ira Brannon*
*and Correctional Officer Smith*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH L. MIZZONI,<br><br>                    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>                    Defendants. | Case No.  3:15-cv-00499-MMD-WGC<br><br>**NOTICE<br>AVAILABILITY OF VIDEO<br>MARCH 28, 2015** |

Defendants, Ira Brannon and Correctional Officer Smith, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby submit this Notice with this Court regarding the video tape requested by Plaintiff, Joseph L. Mizzoni ("Inmate Mizzoni or Mizzoni") in his Motion Seeking Permission to Obtain by Court Order Video Tape (ECF No. 50).

Inmate Mizzoni presently has two active litigation cases addressing the incident on March 28, 2015, in which Mizzoni asserts he was allegedly assaulted by Correctional Officer Smith.  These matters include the instant matter, which addresses the disciplinary hearing.  The other matter is Case No. 3:15-cv-00313, which addresses the alleged use of excessive force on Inmate Mizzoni by Correctional Officer Smith and others after Mizzoni allegedly expressed his disapproval with a cell search and quit his porter job.  (ECF No. 40 in 3:15-cv-00313 at 10-11).  In his opposition to Defendants' Motion for Summary Judgment in Case No. 3:15-cv-00313, Inmate Mizzoni raised the issue of video tape footage.  In their reply to Mizzoni's opposition, Defendants apprised this

1

1   Court and Inmate Mizzoni that the incident on March 28, 2015 occurred in the rotunda of housing unit

2   5, an area that does not have video coverage; therefore, no video footage of the incident exists.  (ECF

3   No. 62 in 3:15-cv-00313 at 5-6).  The opposition also outlined that an investigation was conducted and

4   no video footage from any part of Northern Nevada Correctional Center ("NNCC") capturing any

5   portion of the subject incident exists.  (*Id.*)

6         In preparation for the June 15, 2017 hearing in this matter on Inmate Mizzoni's Motion Seeking

7   Permission to Obtain by Court Order Video Tape (ECF No. 50), the undersigned requested her clients

8   double check their files regarding the existence of video footage of the March 28, 2015 incident.  The

9   video footage taken and available on March 28, 2015 of housing units 4, 5, 7 and 8 at NNCC for the

10  time frame of 8:00 p.m. and 9:30 p.m. does not depict the incident involving Inmate Mizzoni.  (Exh. A).

11        Further, the video taken by the cameras in housing units 4, 5, 7 and 8 is on a recording loop;

12  therefore, the video recording is not indefinitely retained by the NDOC.  (*Id.*)  The only time a video

13  recording from a camera in housing units 4, 5, 7 and 8 is indefinitely kept by the NDOC is if there is an

14  incident (*i.e.*, riot, assault against a correctional officer, assault against an inmate) that occurred and the

15  incident was recorded on video.  (*Id.*)  If that occurs, the NDOC will make a copy of the video

16  recording and retain the recording for its records.  (*Id.*)  Since the March 28, 2015 incident occurred in

17  an area where there is no video camera coverage, and there is no recorded video coverage of an incident

18  from March 28, 2015 involving Inmate Mizzoni, there is no video footage available to provide Mizzoni.

19  The video footage from that date has been recorded over as the video footage is on a recording loop and

20  is not indefinitely retained by NNCC or NDOC.

21        Dated this 22nd day of June, 2017.

22                                          ADAM PAUL LAXALT
                                           Attorney General
23

24                                         By:

25                                         _____
                                           ERIN L. ALBRIGHT
26                                         Deputy Attorney General
                                           State of Nevada
27                                         Bureau of Litigation
                                           Public Safety Division
28
                                           *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 22nd day of June, 2017, I caused to be deposited for mailing a true and correct copy of the foregoing, **NOTICE AVAILABILITY OF VIDEO MARCH 28, 2015**, to the following:

Joseph L. Mizzoni #68549
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

An employee of the
Office of the Attorney General

3