## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH L. MIZZONI, | 3:15-cv-00499-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | July 7, 2017 |
| STATE OF NEVADA, et al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Enlargement of Time to Reply to Plaintiff's "Motion to Respond to Notice Availability of Video March 28, 2015 and Oppose" (ECF No. 82). Defendants seek an extension of time to respond to Plaintiff's "Motion to Respond to Notice Availability of Video March 28, 2015" (ECF No. 81).

Defendants' Motion for Enlargement of Time to Reply to Plaintiff's "Motion to Respond to Notice Availability of Video March 28, 2015 and Oppose" (ECF No. 82) is **GRANTED**. Defendants shall have to and including **July 17, 2017,** in which to file a reply to Plaintiff's motion.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>       /s/                              </u>
        Deputy Clerk