ADAM PAUL LAXALT
  Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: 775-684-1257
Email: ealbright@ag.nv.gov

*Attorneys for Defendant Ira Brannon and Correctional Officer Smith*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH L. MIZZONI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　Defendants. | Case No.  3:15-cv-00499-MMD-WGC<br><br>**NOTICE OF UNDER SEAL SUBMISSION OF PHOTOGRAPHS PREVIOUSLY SUBMITTED FOR *IN CAMERA* REVIEW (ECF No. 83)** |

　　　　Defendants, Ira Brannon and Correctional Officer Smith, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby give notice that the photographs previously submitted for *in camera* review (ECF No. 83) have been filed under seal, pursuant to this Court's Order of July 24, 2017 (ECF No. 95).

　　　　DATED this 25th day of July, 2017.

　　　　　　　　　　　　　　　　　　ADAM PAUL LAXALT
　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　ERIN L. ALBRIGHT
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　State of Nevada
　　　　　　　　　　　　　　　　　　Bureau of Litigation
　　　　　　　　　　　　　　　　　　Public Safety Division

　　　　　　　　　　　　　　　　*Attorneys for Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 25th day of July, 2017, I caused to be deposited for mailing a true and correct copy of the foregoing, **NOTICE OF UNDER SEAL SUBMISSION OF PHOTOGRAPHS PREVIOUSLY SUBMITTED FOR IN CAMERA REVIEW (ECF No. 83),** to the following:

Joseph L. Mizzoni #68549
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

_____
An employee of the
Office of the Attorney General