ADAM PAUL LAXALT
  Nevada Attorney General
ERIN L. ALBRIGHT #9953
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1257
E-mail: *ealbright@ag.nv.gov*

*Attorneys for Defendant
Ira Brannon and Christopher Smith*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH L. MIZZONI,<br><br>           Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>           Defendants. | Case No.  3:15-cv-00499-MMD-WGC<br><br>**NOTICE OF UNDER SEAL SUBMISSION OF EXHIBITS H AND I IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

      Defendants, Ira Brannon and Christopher Smith, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby give notice Exhibits H and I in support of Defendants' Motion for Summary Judgment have been filed under seal.

      Dated this 16th day of November 2017.

                                    ADAM PAUL LAXALT
                                    Attorney General

                                    By: _____
                                    ERIN L. ALBRIGHT
                                    Deputy Attorney General
                                    Bureau of Litigation
                                    Public Safety Division

                                    *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 16th day of November 2017, I caused to be deposited for mailing a true and correct copy of the foregoing, **NOTICE OF UNDER SEAL SUBMISSION OF EXHIBITS H AND I IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**, to the following:

JOSEPH L. MIZZONI #68549
HIGH DESERT STATE PRISON
P.O. BOX 650
INDIAN SPRINGS, NV 89070

_____
An employee of the
Office of the Attorney General