AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

JOSEPH L. MIZZONI,

        Plaintiff,

v.

STATE OF NEVADA, et al.

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:15-cv-00499-MMD-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 139) is accepted and adopted in full.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (ECF No. 118) is granted.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave (ECF No. 136) is denied.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered and this case is closed.

Date: June 15, 2018

DEBRA K. KEMPI
Clerk

/s/K. Walker
Deputy Clerk