UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSEPH MIZZONI,  ) CASE NO. 3:15-CV-00499-MMD-WGC
          PLAINTIFF, )
           )
VS. ) NOTICE OF APPEAL
           )
           )
STATE OF NEVADA et al. DEFENDANT. )

    Notice is hereby given that Joseph Mizzoni, In Pro se, Plaintiff, in the above named captioned case, hereby appeals to the United States Court Of Appeals for the Ninth Circuit from the final judgment in Case #3:15-CV-00499-MMD-WGC "Notice of Appeal" on 6-15-18, ____, which was received by Plaintiff on June 19, 2018.

    Plaintiff respectfully request on this 19 day of June, 2018, that this Honorable Court enter this Notice of Appeal, by Rules of the Court.

                                                      /s/ Joseph M.

/ / / /
/ / / /
/ / / /
/ / / /
/ / /
/ / /

BASED ON YOUR PRESENT KNOWLEDGE:

1. Does this appeal involve a question of first Impression? __✓__ Yes _____ No

2. Will the determination of this appeal turn on the interpretation or application of a particular case or statute? __✓__ Yes _____ No
   If yes, provide:

   Case name/statute__?_____

   Citation: _____
   Docket number, if unreported: _____

3. Is there any case now pending or about to be filed in this court or any other court or administrative agency which:

   a) Arises from substantially the same case or controversy as this appeal?
      _____ Yes __✓__ No

   b) Involves an issue heat is substantially the same, similar or related to an issue in this appeal?
      _____ Yes __✓__ No

      Case name: _____
      Citation: _____
      Court or agency: _____
      Docket number, if unreported: _____

4. Will this appeal involve a conflict of law within the Ninth Circuit?
   _____ Yes __✓__ No

   Among circuits? _____ Yes __✓__ No
   If yes, explain briefly:
   _____
   _____

DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:

__ Possibility of settlement;

__ Likelihood of a motion to expedite the appeal;

__ Multiple parties on either side for whom join briefing is possible;

__ Likelihood of motions to intervene on appeal;

__ Likelihood of motions to file amicus briefs;

__ Likelihood of motions to stay appeal pending resolution of a related case. Identify case name, docket number and court or agency:
_____
_____

__✓ Other procedural complexities: Evidence Destroyed, Hardship, Default, perjury Witnesses, Punishment on OK Hearing

COUNSEL FOR APPELLANT(S):
NAME: __My self__
FIRM: _____
ADDRESS: _____
_____
TELEPHONE: (___) _____

I CERTIFY THAT A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SUBMITTED TO THE CLERK OF THE DISTRICT COURT OR THE CLERK OF THE U.S. COURT OF APPEALS, AND THAT IT WAS SERVED ON EACH PARTY/COUNSEL SHOWN ON THE ATTACHED SERVICE LIST.

_[signature]_  6-19-18
SIGNATURE      DATE

**REMEMBER TO ATTACH COPIES OF ORDER/JUDGMENT APPEALED FROM AND SERVICE LIST WITH TELEPHONE NUMBERS**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### CIVIL APPEALS DOCKETING STATEMENT

INTERNAL USE ONLY

PLEASE TYPE OR PRINT. ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL | | |
|---|---|---|
| | DISTRICT: | JUDGE: Miranda M. Du |
| | DATE COMPLAINT FILED: 2015 | DISTRICT COURT DOCKET NUMBER: 3:15-CV-00499-MMD-WGC |
| | DATE NOTICE OF APPEAL FILED: 6-19-18 | IS THIS A CROSS APPEAL? ___ YES  ✓ NO |
| | HAS THIS MATTER BEEN BEFORE THIS COURT PREVIOUSLY? ___ YES  ✓ NO  IF YES, STATE WHEN: | |
| | CASE NAME: | |
| | CITATION: | DOCKET NUMBER: |

CHECK AS MANY AS APPLY

| JURISDICTION | | DISTRICT COURT DISPOSITION | | |
|---|---|---|---|---|
| 1. FEDERAL | 2. APPELLATE | 1. STAGE OF PROCEEDING | 2. TYPE OF JUDGMENT/ORDER APPEALED | 3. RELIEF |
| [✓] FEDERAL QUESTION<br>[ ] DIVERSITY<br>[ ] OTHER SPECIFY | [✓] FINAL DECISION OF DISTRICT COURT<br>[ ] INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT<br>[ ] INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY)<br>[ ] OTHER (SPECIFY) | [✓] PRE-TRIAL<br>[ ] DURING TRIAL<br>[ ] AFTER TRIAL | [ ] DEFAULT JUDGMENT<br>[✓] JUDGMENT/COURT DECISION<br>[ ] DISMISSAL/JURISDICTION<br>[ ] JUDGMENT/JURY VERDICT<br>[ ] DISMISSAL/MERITS<br>[ ] SUMMARY JUDGMENT<br>[ ] JUDGMENT NOV<br>[ ] DECLARATORY JUDGMENT<br>[ ] DIRECTED VERDICT<br>[ ] OTHER (SPECIFY) | [ ] DAMAGES:<br>AMOUNT SOUGHT $2 Million<br>AMOUNT<br>[ ] GRANTED<br>[ ] DENIED $0<br>[ ] INJUNCTIONS<br>[ ] PRELIMINARY OR<br>[ ] PERMANENT<br>[ ] GRANTED OR<br>[ ] DENIED |

BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:

ISSUES PROPOSED TO BE RAISED ON APPEAL:
Evidence Destroyed, Spoliation Video, Perjury, Default, Atypical Hardship, Witnesses, punishment to Dropkery Hearing

## CERTIFICATE OF SERVICE

I, Joseph Mizioni, hereby certify that I am the petitioner in this matter and I am representing myself in propria persona.

On this 19 day of June, 2018, I served copies of the Notice of Appeal

in case number: 3:15-cv-00499-MMD-WGC and placed said motion(s) in U.S. First Class Mail, postage pre-paid:

Address:
Sent to:

1) Clerk US Court House
District of Nevada
400 S. Virginia Street Room 301
Reno, NV. 89501

2) Office of Attorney Gen. Nev.
Ms. Albright
100 N. Carson Street
Carson City, NV. 89701

3) Plaintiff
Joseph Mizioni # 68549
H.D.S.P P.O Box 650
Indian Springs, NV. 89070

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the petitioner in the above-entitled action, and he, the defendant has read the above CERTIFICATE OF SERVICE and that the information contained therein is true and correct. 28 U.S.C. §1746, 18 U.S.C. §1621.

Executed at High Desert State Prison on this 19 day of June, 2018.

_Joseph Mizioni_  68549
DOP#

PETITIONER -- In Proper Person

AO 435
(Rev. 10/05)

Read Instructions on Back:

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| 1. NAME Joseph Mixon | 2. PHONE NUMBER | 3. DATE 6-19-18 |
|---|---|---|

4. FIRM NAME

| 5. MAILING ADDRESS High Desert State Prison PO Box 650 | 6. CITY Indian Springs | 7. STATE NV | 8. ZIP CODE 89070 |
|---|---|---|---|

| 9. CASE NUMBER 3:15-cv-00499-MMD-WGC | 10. JUDGE Miranda M. Du | DATES OF PROCEEDINGS 11. 6-15-18 | 12. |
|---|---|---|---|

| 13. CASE NAME | LOCATION OF PROCEEDINGS 14. US Dist Court | 15. STATE NV |
|---|---|---|

16. ORDER FOR
[X] APPEAL    [ ] CRIMINAL    [ ] CRIMINAL JUSTICE ACT    [ ] BANKRUPTCY
[ ] NON-APPEAL    [ ] CIVIL    [ ] IN FORMA PAUPERIS    [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) All Papers, Exhibits, Proceedings, Orders, Motions | 2015 to June 15, 2018 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | | |
| 14 DAYS | [ ] | [ ] | | PAPER COPY [ ] | |
| 7 DAYS | [ ] | [ ] | | E-MAIL [ ] | |
| DAILY | [ ] | [ ] | | DISK [ ] | |
| HOURLY | [ ] | [ ] | | PDF FORMAT [ ] | |
| REALTIME | [ ] | [ ] | | ASCII FORMAT [ ] | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS

19. SIGNATURE /s/ Joseph Mixon

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

20. DATE 6-19-18

TRANSCRIPT TO BE PREPARED BY

| | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|

| | DATE | BY | PROCESSED BY | PHONE NUMBER |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY