UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSEPH L. MIZZONI,<br><br>    Plaintiff,<br>    v.<br>STATE OF NEVADA; *et al.*,<br><br>    Defendants. | Case No. 3:15-cv-00499-MMD-WGC<br><br>ORDER |

The United States Court of Appeals for the Ninth Circuit has issued its order reversing and remanding the judgment of this Court (ECF No. 150) and the Court's order granting Defendants' motion for summary judgment (ECF No. 149). (ECF Nos. 156, 158 (mandate).)

It is therefore ordered that the Court's order and judgment (ECF Nos. 149, 150) are hereby vacated.

It is further ordered that, pursuant to Local Rule 16-5, this case is referred to Magistrate Judge William G. Cobb to conduct a settlement conference.

It is further ordered that the parties must submit a proposed joint pretrial order (JPO) within 30 days of the date of the settlement conference if no settlement is reached.

DATED THIS 17th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE