AARON D. FORD
  Attorney General
PETER E. DUNKLEY Bar No. 11110
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1259
E-mail: pdunkley@ag.nv.gov

*Attorneys for Defendants Ira Brannon and Christopher Smith*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH L. MIZZONI,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No. 3:15-cv-00499-MMD-WGC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    Defendants Ira Brannon and Christopher Smith, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Peter E. Dunkley, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///

This Joint Stipulation and Order for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

* * *

DATED this 5 day of ~~Sept.~~ OCT 2020.   DATED this 29th day of Sept. 2020.

AARON D. FORD
Attorney General

By: /s/ Joseph L. Mizzoni
JOSEPH L. MIZZONI
*Plaintiff*

By: /s/ Peter E. Dunkley
PETER E. DUNKLEY
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

U.S. DISTRICT JUDGE
DATED: November 2, 2020

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 29th day of October, 2020, I caused to be deposited for mailing a true and correct copy of the foregoing, **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Joseph L. Mizzoni, #68549
67 County Route 40
Mexico, NY 13114

                                                       /s/ Roberta W. Bibee
                                                      An employee of the
                                                      Office of the Attorney General